UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:                                              CHAPTER 13

Ralph Levi Sanders, Jr.,                            CASE NO. 22-14766-SMG

        Debtor.
_____/

**AFFIDAVIT OF RALPH LEVI SANDERS, JR. IN SUPPORT OF
MOTION FOR CONTINUATION OF THE AUTOMATIC STAY**

**COMES NOW,** Affiant, Ralph Levi Sanders, Jr., first having been duly sworn and deposed and states the following:

1. I am over the age of 18 years and a resident of Broward County, Florida.

2. I am the Debtor in this matter.

3. I filed for bankruptcy relief under Chapter 13 on June 20, 2022. However, I had previously filed for Chapter 13 relief on October 25, 2019, Case No. 19-24331-PDR, which was dismissed on September 15, 2021, for failure to make timely payment to the Chapter 13 Trustee.

4. There have been changed circumstances since the filing of Case No. 19-24331-PDR that should permit for the extension of the automatic stay by this Court.

5. After the filing of the previous bankruptcy, my counsel withdrew, which left me unable to properly prosecute the Chapter 13 bankruptcy case. I have since obtained counsel to help me with this process.

6. Additionally, since the filing of the previous case, I have discovered potential claims relating to issues of a government taking of my property with the City of

1

Plantation as well as issues that will lead to claims against my title insurance for his primary residence. I have sought and continue to seek counsel for the title insurance issues. I have agreed with the secured creditor to attempt to work together to resolve the significant title issue on my home, which includes the myself and approximately nineteen (19) of his neighbors' lots being reduced by substantial square footage. My principal residence should be on a lot of approximately 20,000 square feet, however, due to an improper easement, the current actual land is approximately 13,000 square feet. Additionally, South Florida Water Management has taken issue with the fact that my home as well as my neighbors' homes were constructed only 20 feet from the canal adjacent to our homes. The setback according to South Florida Water Management needs to be no less than 40 feet. As such, I am seeking counsel to assert claims as to the title policy as well as damages caused relating to these issues. These claims may materially change my financial position as well as potentially provide an avenue for the secured creditor on my homestead to recover amounts relating to the obligations due under the mortgage.

7. Based on the foregoing changed circumstances, I am requesting the court extend the automatic stay in this case.

**FURTHER AFFIANT SAYETH NOT.**

_Ralph Levi Sanders_
AFFIANT: RALPH LEVI SANDERS, JR.

State of: ~~FLORIDA~~ Texas
County of: ~~BROWARD~~ Harris

The foregoing instrument was acknowledged before me by means of [ ] physical appearance or [✓] online notarization, this 30th day of JUNE, 2022 by **RALPH LEVI SANDERS, JR.** who [ ] is personally known to me of [✓] whom has produced a DRIVER LICENSE as identification.

_(signature)_
NOTARY PUBLIC:

My Commission Expires: 09/12/2022

LaToya Cormier
PRINT NAME:

(SEAL)

LaToya Cormier
Notary Public State of Texas
ID NUMBER 13172007-5
COMMISSION EXPIRES September 12, 2022

Notarized online using audio-video communication

3