**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

RALPH LEVI SANDERS, JR.                                    Case No. 22-14766-SMG
                                                                                    Chapter 13

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Expedited Motion to Continue the Automatic Stay [ECF #11] and Notice of Hearing [ECF #12] was sent electronically or by U.S. Mail to all NEF registered parties and/or to all parties on the attached service list on this 5th day of July 2022.

Synchrony Bank
c/o PRA Receivable Management, LLC
P.O. Box 41021
Norfolk, VA 23541

                                     Respectfully Submitted,

                                     */s/ Nicholas G. Rossoletti*_____
                                     RON S. BILU
                                     Florida Bar No. 0632651
                                     NICHOLAS G. ROSSOLETTI
                                     Florida Bar No. 0051466
                                     ANDREA VALENCIA
                                     Florida Bar No. 1022517
                                     **BILU LAW, P.A.**
                                     2760 W ATLANTIC BLVD
                                     POMPANO BEACH, FL  33069
                                     Telephone: (954) 596-0669
                                     Fax: (954) 427-1518
                                     rbilu@bilulaw.com
                                     nrossoletti@bilulaw.com
                                     avalencia@bilulaw.com
                                     johana@bilulaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-14766-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Jul  5 14:03:31 EDT 2022 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | ARS/Account Resolution Specialists<br>P.O. Box 459079<br>Sunrise, FL 33345-9079 |
| Broward Medical Associates<br>7390 S.W. 5th Street<br>Plantation, FL 33317 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | City of Plantation Code Enforcement<br>451 N.W. 70th Terrace<br>Plantation, FL 33317-2239 |
| City of Plantation, FL<br>POB 918557<br>Orlando, FL 32891-0001 | Credit One Bank<br>P.O. Bank 98873<br>Las Vegas, NV 89193-8873 | Dr. Ramsey Pevsner<br>7469 N.W. 4th Street<br>Plantation, FL 33317-2216 |
| Flagship Credit Acceptance<br>P.O. Box 965<br>Chadds Ford, PA 19317-0643 | Genesis FS Card Services<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 | (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 |
| Honorable Merrick B. Garland<br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0009 | IC Systems, Inc.<br>ATTN: Bankruptcy<br>POB 64378<br>Saint Paul, MN 55164-0378 | Inphynet South Broward, Inc.<br>P.O. Box 740022<br>Cincinnati, OH 45274-0022 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, P.A. 19101-7346 | Law Office of Gary Gassel, P.A.<br>2191 Ringling Blvd.<br>Sarasota, FL 34237-7003 | MD Now Medical Center<br>2007 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409-6501 |
| Medical Data System (MDS)<br>2001 9th Ave., #312<br>Vero Beach, FL 32960-6413 | Memorial Physicians Group<br>P.O. Box 58015<br>Raleigh, NC 27658-8015 | Midland Funding<br>8875 Aero Drive, #200<br>San Diego, CA 92123-2255 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Plantation General Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Resurgent Capital Services<br>P.O. Box 1927<br>Greenville, SC 29602-1927 |
| Small Business Administration<br>409 Third Street S.W.<br>Washington, D.C. 20416-0005 | Small Business Administration<br>Special Assistant US Attorney<br>200 W. Santana Ana Blvd., Suite 180<br>Santa Ana, CA 92701-4134 | Specialized Loan Servicing<br>6200 S Quebec St.<br>Greenwood Village, CO 80111-4720 |
| Sprechman & Fisher, P.A.<br>2775 Sunny Isles Blvd.., #100<br>North Miami Beach, FL 33160-4078 | Tenet Florida Physicians Service<br>P.O. Box 100198<br>Atlanta, GA 30384-0198 | Wells Fargo Bank, N.A.<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 |

| | | |
|---|---|---|
| Westside Regional Medical Center<br>P.O. Box 99008<br>Bedford, TX 76095-9108 | Westside Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Nicholas G Rossoletti<br>2760 W. Atlantic Boulevard<br>Pompano Beach, FL 33069-5711 |
| Ralph Levi Sanders Jr.<br>561 SW 60 Ave.<br>Plantation, FL 33317-3947 | Robin R Weiner<br>Robin R. Weiner, Chapter 13 Trustee<br>Post Office Box 559007<br>Fort Lauderdale, FL 33355-9007 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citibank<br>ATTN: Centralized Bankruptcy<br>POB 20507<br>Kansas City, MO 64195 | Honorable Juan Antonio Gonzalez<br>United States Attorney Southern District<br>United States Attorneys Office<br>99 N.E. 4th Street<br>Miami, FL 33132 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     0<br>Total                  34 |