

ORDERED in the Southern District of Florida on July 15, 2022.

*Scott M. Grossman*

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | CHAPTER 13 |
| Ralph Levi Sanders, Jr., | CASE NO. 22-14766-SMG |
| Debtor. _____/ | |

### ORDER GRANTING EXPEDITED MOTION FOR CONTINUATION OF THE AUTOMATIC STAY [ECF #11]

THIS CAUSE came before the Court on Friday, July 15, 2022 at 11:00 a.m. upon the Debtor, Ralph Levi Sanders, Jr.'s (hereinafter "Debtor") Expedited Motion for Continuation of the Automatic Stay [ECF #11] (the "Motion"). The Court having reviewed the record, reviewed the affidavit of the Debtor submitted in support of the Motion in compliance with Local Rule 4001-1(l), hearing the proffer of counsel for the Debtor without objection and being fully

advised in the premises, it is

      **ORDERED:**

1. The Motion is **GRANTED**.

2. The automatic stay shall be extended and continue throughout the pendency of this case as to all creditors.

###

**Submitted by:**

Nicholas G. Rossoletti, Esquire
Bilu Law, P.A.
2760 W. Atlantic Boulevard
Pompano Beach, Florida 33069
Telephone: (954) 596-0669
nrossoletti@bilulaw.com

The party submitting this order shall serve a copy of the signed order on all parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).