UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

RALPH LEVI SANDERS, JR.                              Case No. 22-14766-SMG
                                                     Chapter 13
    Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Order Granting Expedited Motion for the Continuation of the Automatic Stay [ECF #15] was sent electronically or by U.S. Mail to all NEF registered parties and/or to all parties on the attached service list on this 18th day of July 2022.

Synchrony Bank
c/o PRA Receivable Management, LLC
P.O. Box 41021
Norfolk, VA 23541

                                        Respectfully Submitted,

                                        /s/ Nicholas G. Rossoletti
                                        RON S. BILU
                                        Florida Bar No. 0632651
                                        NICHOLAS G. ROSSOLETTI
                                        Florida Bar No. 0051466
                                        ANDREA VALENCIA
                                        Florida Bar No. 1022517
                                        **BILU LAW, P.A.**
                                        2760 W ATLANTIC BLVD
                                        POMPANO BEACH, FL  33069
                                        Telephone: (954) 596-0669
                                        Fax: (954) 427-1518
                                        rbilu@bilulaw.com
                                        nrossoletti@bilulaw.com
                                        avalencia@bilulaw.com
                                        johana@bilulaw.com

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-14766-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Jul 18 15:37:03 EDT 2022 | Specialized Loan Servicing LLC<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| ARS/Account Resolution Specialists<br>P.O. Box 459079<br>Sunrise, FL 33345-9079 | Broward Medical Associates<br>7390 S.W. 5th Street<br>Plantation, FL 33317 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| City of Plantation Code Enforcement<br>451 N.W. 70th Terrace<br>Plantation, FL 33317-2239 | City of Plantation, FL<br>POB 918557<br>Orlando, FL 32891-0001 | Credit One Bank<br>P.O. Bank 98873<br>Las Vegas, NV 89193-8873 |
| Dr. Ramsey Pevsner<br>7469 N.W. 4th Street<br>Plantation, FL 33317-2216 | Flagship Credit Acceptance<br>P.O. Box 965<br>Chadds Ford, PA 19317-0643 | Genesis FS Card Services<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 |
| (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | Honorable Merrick B. Garland<br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0009 | IC Systems, Inc.<br>ATTN: Bankruptcy<br>POB 64378<br>Saint Paul, MN 55164-0378 |
| Inphynet South Broward, Inc.<br>P.O. Box 740022<br>Cincinnati, OH 45274-0022 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, P.A. 19101-7346 | Law Office of Gary Gassel, P.A.<br>2191 Ringling Blvd.<br>Sarasota, FL 34237-7003 |
| MD Now Medical Center<br>2007 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409-6501 | Medical Data System (MDS)<br>2001 9th Ave., #312<br>Vero Beach, FL 32960-6413 | Memorial Physicians Group<br>P.O. Box 58015<br>Raleigh, NC 27658-8015 |
| Midland Funding<br>8875 Aero Drive, #200<br>San Diego, CA 92123-2255 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Plantation General Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Resurgent Capital Services<br>P.O. Box 1927<br>Greenville, SC 29602-1927 | Small Business Administration<br>409 Third Street S.W.<br>Washington, D.C. 20416-0005 | Small Business Administration<br>Special Assistant US Attorney<br>200 W. Santana Ana Blvd., Suite 180<br>Santa Ana, CA 92701-4134 |
| Specialized Loan Servicing<br>6200 S Quebec St.<br>Greenwood Village, CO 80111-4720 | Sprechman & Fisher, P.A.<br>2775 Sunny Isles Blvd.., #100<br>North Miami Beach, FL 33160-4078 | Tenet Florida Physicians Service<br>P.O. Box 100198<br>Atlanta, GA 30384-0198 |

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 | Westside Regional Medical Center<br>P.O. Box 99008<br>Bedford, TX 76095-9108 | Westside Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Nicholas G Rossoletti<br>2760 W. Atlantic Boulevard<br>Pompano Beach, FL 33069-5711 | Ralph Levi Sanders Jr.<br>561 SW 60 Ave.<br>Plantation, FL 33317-3947 | Robin R Weiner<br>Robin R. Weiner, Chapter 13 Trustee<br>Post Office Box 559007<br>Fort Lauderdale, FL 33355-9007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citibank<br>ATTN: Centralized Bankruptcy<br>POB 20507<br>Kansas City, MO 64195 | Honorable Juan Antonio Gonzalez<br>United States Attorney Southern District<br>United States Attorneys Office<br>99 N.E. 4th Street<br>Miami, FL 33132 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     0<br>Total                  35 |