**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

RALPH LEVI SANDERS, JR.                                    Case No. 22-14766-SMG

                                                                                                            Chapter 13

           Debtor.
_____/

**DEBTOR'S COUNSEL'S MOTION TO WITHDRAW AND MOTION FOR EXTENSION OF TIME TO COMPLY WITH ALL OUTSTANDING DEADLINES IN RELATION TO THIS MATTER**

Undersigned counsel, as attorney for the debtor, RALPH LEVI SANDERS, JR., hereby moves the court for entry of an order permitting the withdrawal of Ron S. Bilu, Esquire, Nicholas G. Rossoletti, Esquire, Andrea Valencia, Esquire and Bilu Law, P.A. as attorney for the debtor and the extension of all outstanding deadlines in relation to this matter and states:

1. Ron S. Bilu, Esquire, Nicholas G. Rossoletti, Esquire, Andrea Valencia, Esquire and Bilu Law, P.A. are presently counsel for the Debtor, Ralph Levi Sanders, Jr.

2. Irreconcilable differences have arisen between counsel and the debtor which require the withdrawal of counsel.

3. The Debtor is in the process of retaining counsel relating to claims relating to the title of his principal residence as well as attempting to modify the mortgage on his homestead property through the Mortgage Modification Mediation Program. Specifically, the Debtor is in the process of engaging with South Florida Water Management relating to issues on the title to his homestead property. The Debtor requires additional time to engage replacement counsel as well as to deal with the issues involving South Florida Water Management more fully.

1

4. As such, the Debtor requests an extension of all deadlines in this matter, including but not limited to, an extension of time to file and comply with the requirements of the Mortgage Modification Mediation Program.

**WHEREFORE,** undersigned counsel requests that the court enter permitting the withdrawal of Ron S. Bilu, Esquire, Nicholas G. Rossoletti, Esquire, Andrea Valencia, Esquire and Bilu Law, P.A. and extend all deadlines in this matter, including but not limited to, an extension of time to file and comply with the requirements of the Mortgage Modification Mediation Program.

Respectfully Submitted,

*/s/ Nicholas G. Rossoletti*
NICHOLAS G. ROSSOLETTI
Florida Bar No. 0051466
**BILU LAW, P.A.**
2760 W ATLANTIC BLVD
POMPANO BEACH, FL  33069
Telephone: (954) 596-0669
Fax: (954) 427-1518
rbilu@bilulaw.com
nrossoletti@bilulaw.com
avalencia@bilulaw.com
johana@bilulaw.com