**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

RALPH LEVI SANDERS, JR.                                    Case No. 22-14766-SMG
                                                                                   Chapter 13

    Debtor.
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Debtor's Counsel's Motion to Withdraw and Motion for Extension of Time to Comply with All Outstanding Deadlines in Relation to this Matter [ECF #20] and Notice of Hearing [ECF #21] was sent electronically or by U.S. Mail to all NEF registered parties and/or to all parties on the attached service list on this 7th day of September 2022.

Robin R. Weiner, Chapter 13 Trustee
P.O. Box 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130

Synchrony Bank
c/o PRA Receivable Management, LLC
P.O. Box 41021
Norfolk, VA 23541

*[This Space Intentionally Left Blank]*

1

Respectfully Submitted,

*/s/ Nicholas G. Rossoletti*
RON S. BILU
Florida Bar No. 0632651
NICHOLAS G. ROSSOLETTI
Florida Bar No. 0051466
ANDREA VALENCIA
Florida Bar No. 1022517
**BILU LAW, P.A.**
2760 W ATLANTIC BLVD
POMPANO BEACH, FL  33069
Telephone: (954) 596-0669
Fax: (954) 427-1518
rbilu@bilulaw.com
nrossoletti@bilulaw.com
avalencia@bilulaw.com
johana@bilulaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-14766-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Sep  6 16:23:35 EDT 2022 | Specialized Loan Servicing LLC<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| ARS/Account Resolution Specialists<br>P.O. Box 459079<br>Sunrise, FL 33345-9079 | Broward Medical Associates<br>7390 S.W. 5th Street<br>Plantation, FL 33317 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| City of Plantation Code Enforcement<br>451 N.W. 70th Terrace<br>Plantation, FL 33317-2239 | City of Plantation, FL<br>POB 918557<br>Orlando, FL 32891-0001 | Credit One Bank<br>P.O. Bank 98873<br>Las Vegas, NV 89193-8873 |
| Dr. Ramsey Pevsner<br>7469 N.W. 4th Street<br>Plantation, FL 33317-2216 | Flagship Credit Acceptance<br>P.O. Box 965<br>Chadds Ford, PA 19317-0643 | Genesis FS Card Services<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 |
| (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | Honorable Merrick B. Garland<br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0009 | (p)I C  SYSTEM  INC<br>LEGAL DEPARTMENT<br>PO BOX 64444<br>SAINT PAUL MN 55164-0444 |
| Inphynet South Broward, Inc.<br>P.O. Box 740022<br>Cincinnati, OH 45274-0022 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, P.A. 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Law Office of Gary Gassel, P.A.<br>2191 Ringling Blvd.<br>Sarasota, FL 34237-7003 | MD Now Medical Center<br>2007 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33409-6501 | Medical Data System (MDS)<br>2001 9th Ave., #312<br>Vero Beach, FL 32960-6413 |
| Memorial Physicians Group<br>P.O. Box 58015<br>Raleigh, NC 27658-8015 | Midland Funding<br>8875 Aero Drive, #200<br>San Diego, CA 92123-2255 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Plantation General Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Resurgent Capital Services<br>P.O. Box 1927<br>Greenville, SC 29602-1927 |
| Small Business Administration<br>409 Third Street S.W.<br>Washington, D.C. 20416-0005 | Small Business Administration<br>Special Assistant US Attorney<br>200 W. Santana Ana Blvd., Suite 180<br>Santa Ana, CA 92701-4134 | Specialized Loan Servicing<br>6200 S Quebec St.<br>Greenwood Village, CO 80111-4720 |

| | | |
|---|---|---|
| Sprechman & Fisher, P.A.<br>2775 Sunny Isles Blvd.., #100<br>North Miami Beach, FL 33160-4078 | Tenet Florida Physicians Service<br>P.O. Box 100198<br>Atlanta, GA 30384-0198 | The Bank of New York Mellon Trustee (See 410<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec St., Suite 300<br>Greenwood Village, Colorado 80111-4720 |
| U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 | Wells Fargo Bank, N.A.<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 | Westside Regional Medical Center<br>P.O. Box 99008<br>Bedford, TX 76095-9108 |
| Westside Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Nicholas G Rossoletti<br>2760 W. Atlantic Boulevard<br>Pompano Beach, FL 33069-5711 | Ralph Levi Sanders Jr.<br>561 SW 60 Ave.<br>Plantation, FL 33317-3947 |
| Robin R Weiner<br>Robin R. Weiner, Chapter 13 Trustee<br>Post Office Box 559007<br>Fort Lauderdale, FL 33355-9007 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citibank<br>ATTN: Centralized Bankruptcy<br>POB 20507<br>Kansas City, MO 64195 | Honorable Juan Antonio Gonzalez<br>United States Attorney Southern District<br>United States Attorneys Office<br>99 N.E. 4th Street<br>Miami, FL 33132 | IC Systems, Inc.<br>ATTN: Bankruptcy<br>POB 64378<br>Saint Paul, MN 55164 |

End of Label Matrix
Mailable recipients    39
Bypassed recipients     0
Total                  39