# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case No. 22-14766-SMG
Chapter

RALPH LEVI SANDERS, JR.

_____Debtor_____/

## OBJECTION TO CLAIM

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 4-1 | Internal Revenue Service | $19,865.66 | The Debtor objects to the priority claim of $14,337.83. The Debtor did not owe sufficient income for this tax amount, and he believes it |

LF-24 (rev. 12/01/09)                    Page 1 of 2

it relates back to an issue that he had with identity theft. As such, the Debtor objects to the claim with the exception of $247.11 in priority tax from 2012. The remaining amounts should be stricken as a priority claim.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

Respectfully Submitted,

/s/ Nicholas G. Rossoletti
RON S. BILU
Florida Bar No. 0632651
NICHOLAS G. ROSSOLETTI
Florida Bar No. 0051466
ANDREA VALENCIA
Florida Bar No. 1022517
**BILU LAW, P.A.**
2760 W ATLANTIC BLVD
POMPANO BEACH, FL  33069
Telephone: (954) 596-0669
Fax: (954) 427-1518
rbilu@bilulaw.com
nrossoletti@bilulaw.com
avalencia@bilulaw.com
johana@bilulaw.com

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).