**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

RALPH LEVI SANDERS, JR.                                    Case No. 22-14766-SMG
                                                          Chapter 13

       Debtor.

_____/

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the First Amended Chapter 13 Plan [ECF #23] was sent electronically or by U.S. Mail to all NEF registered parties and/or to all parties on the attached service list on this 9th day of September 2022.

Robin R. Weiner, Chapter 13 Trustee
P.O. Box 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130

Synchrony Bank
c/o PRA Receivable Management, LLC
P.O. Box 41021
Norfolk, VA 23541

*[This Space Intentionally Left Blank]*

1

Respectfully Submitted,

*/s/ Nicholas G. Rossoletti*_____
RON S. BILU
Florida Bar No. 0632651
NICHOLAS G. ROSSOLETTI
Florida Bar No. 0051466
ANDREA VALENCIA
Florida Bar No. 1022517
**BILU LAW, P.A.**
2760 W ATLANTIC BLVD
POMPANO BEACH, FL  33069
Telephone: (954) 596-0669
Fax: (954) 427-1518
rbilu@bilulaw.com
nrossoletti@bilulaw.com
avalencia@bilulaw.com
johana@bilulaw.com

Label Matrix for local noticing
113C-0
Case 22-14766-SMG
Southern District of Florida
Fort Lauderdale
Tue Sep  6 16:23:35 EDT 2022

Specialized Loan Servicing LLC
P.O. Box 5703
Clearwater, FL 33758-5703

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

ARS/Account Resolution Specialists
P.O. Box 459079
Sunrise, FL 33345-9079

Broward Medical Associates
7390 S.W. 5th Street
Plantation, FL 33317

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

City of Plantation Code Enforcement
451 N.W. 70th Terrace
Plantation, FL 33317-2239

City of Plantation, FL
POB 918557
Orlando, FL 32891-0001

Credit One Bank
P.O. Bank 98873
Las Vegas, NV 89193-8873

Dr. Ramsey Pevsner
7469 N.W. 4th Street
Plantation, FL 33317-2216

Flagship Credit Acceptance
P.O. Box 965
Chadds Ford, PA 19317-0643

Genesis FS Card Services
P.O. Box 4499
Beaverton, OR 97076-4499

(p)U S  ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

Honorable Merrick B. Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0009

(p)I C  SYSTEM  INC
LEGAL DEPARTMENT
PO BOX 64444
SAINT PAUL MN 55164-0444

Inphynet South Broward, Inc.
P.O. Box 740022
Cincinnati, OH 45274-0022

Internal Revenue Service
P.O. Box 7346
Philadelphia, P.A. 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Law Office of Gary Gassel, P.A.
2191 Ringling Blvd.
Sarasota, FL 34237-7003

MD Now Medical Center
2007 Palm Beach Lakes Blvd
West Palm Beach, FL 33409-6501

Medical Data System (MDS)
2001 9th Ave., #312
Vero Beach, FL 32960-6413

Memorial Physicians Group
P.O. Box 58015
Raleigh, NC 27658-8015

Midland Funding
8875 Aero Drive, #200
San Diego, CA 92123-2255

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Plantation General Hospital
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
PO Box 788
Kirkland, WA  98083-0788

Resurgent Capital Services
P.O. Box 1927
Greenville, SC 29602-1927

Small Business Administration
409 Third Street S.W.
Washington, D.C. 20416-0005

Small Business Administration
Special Assistant US Attorney
200 W. Santana Ana Blvd., Suite 180
Santa Ana, CA 92701-4134

Specialized Loan Servicing
6200 S Quebec St.
Greenwood Village, CO 80111-4720

Sprechman & Fisher, P.A.
2775 Sunny Isles Blvd.., #100
North Miami Beach, FL 33160-4078

Tenet Florida Physicians Service
P.O. Box 100198
Atlanta, GA 30384-0198

The Bank of New York Mellon Trustee (See 410
c/o Specialized Loan Servicing LLC
6200 S. Quebec St., Suite 300
Greenwood Village, Colorado 80111-4720


U.S. Small Business Administration
200 W. Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104-1298

Westside Regional Medical Center
P.O. Box 99008
Bedford, TX 76095-9108


Westside Regional Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Nicholas G Rossoletti
2760 W. Atlantic Boulevard
Pompano Beach, FL 33069-5711

Ralph Levi Sanders Jr.
561 SW 60 Ave.
Plantation, FL 33317-3947


Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007




The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Citibank
ATTN: Centralized Bankruptcy
POB 20507
Kansas City, MO 64195

Honorable Juan Antonio Gonzalez
United States Attorney Southern District
United States Attorneys Office
99 N.E. 4th Street
Miami, FL 33132

IC Systems, Inc.
ATTN: Bankruptcy
POB 64378
Saint Paul, MN 55164


End of Label Matrix
Mailable recipients    39
Bypassed recipients     0
Total                  39