# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF FLORIDA

# Fort Lauderdale Division

In Re

**Ralph Levi. Sanders JR.**                    **Case No. 22-14766-SMG**

**Chapter 13**

**Debtor**

-----------------------------------/


**<u>OBJECTION to Bilu Law's Firm request to Withdraw as</u>**

**<u>Counsel on Record. Request the motion to resign be denied due</u>**

**<u>to creating undo hardship and possible finacial damage to the</u>**

**<u>grops of people and would create Undo Hardship on my</u>**

**<u>creditors. my neighbors who have the same property issue that I</u>**

**<u>have, with the requirement of hiring a replacement law firm. in</u>**



**Request Motion to withdraw be Denied or delayed until after Bankruptcy and LMM are set up and there is a effort made to get attorney Steward to bring the vendor on board. The other 11 mortgages in my neighborhood have the same physical defective title issue**

Undue hardship and harm to the following groups of people and companies

1. 19 families
2. 11 Mortgages. Three of which are my creditors
3. Indirect hardship Pubic good
4.. Hardship_Debtor

.

http://www.flmb.uscourts.gov › localrules › Rules

Bilu law firm is hired to help set up my Chapter 13 and set up my LMM such that my primary creditor Wells Fargo can help with the above case which in turn will help my neighbors

**Prejudicing the Client's Position**

The court is less likely to allow withdrawal if withdrawal would materially prejudice the client's ability to litigate the case. This may be the case when a trial is imminent. Additionally, the court may not honor the request to withdraw if the facts giving rise to the request to withdrawal are in dispute. The court may have an evidentiary hearing to resolve the matter.

A judge is less likely to approve the withdrawal if the client will be prejudiced or otherwise adversely affected by the lawyer's withdrawal, such as if the case is close to trial. A lawyer makes a motion to be relieved as counsel before he or she will be permitted to stop working on the case. He or she cannot simply refuse to pass along information or act on the client's behalf simply because the judge has not yet granted the motion. The court can refuse to honor the request to withdraw. If the court does grant the motion to withdraw, the client may have additional time to find new counsel.

The undue hardship would require one-two plus months just to find a replacement Bankruptcy law firm. Lawyers usually do not like to take over another lawyer's work.

I am asking that Bilu law firm's request to resign **be denied**. Bilu's law firm agreed to stay on The stay will not create an undue hardship on the creditors, esp with the 11 mortgages in my area.

Granting Bilu Law leave would unfairly ▓▓▓▓▓▓▓ including other mortgage companies with the same title defect and cause damages to others,

Wells Faro has 3 of the 11 mortgages, BOA one and CITI bank one. The results of my case can and will be used in the title defect case and damages by other homeowners and lenders.

I need Bilu law to watch my back. In the MMM meeting, I can go over with WF the damage to my home and other homes. I do not speak nor represent the other homeowners.

The determination that the titles to the homes are defective is by South Florida Water Management District, Fidelity National Title Insurance, Title Insurance law firm (Scott Golden Law firm), and Old Plantation Water control district.

   1. Fidelity National Title Insurance. Fidelity confirmed that the title to the property is defective and by a sizable amount of land. Claim denied due to Fidelity not liking the way the survey was done. There are counter cases and I am not allowed to be Pro-Se. My creditor (Wells Fargo) is using the same survey as mine.

2. Local law firm. Scott Golden Law firm. He confirmed that my home does have a title defect at the cost of $3,500.00+. His recommendation is to sue the City of Plantation. He is a two-lawyer law firm. He declined to take on the litigation due to he does not have enough resources.

3. South Florida Water Management District (SFWMD). The engineer confirmed the title is defective with additional land loss in addition to the missing Plat land. He has assigned two engineers to take photos of the damages and measurements of the damages.

4. In the 2010s, the City of Plantation deepen the canal by 3 feet to help with the stormwater drainage. On paper, there was not supposed to be any damage.

5. In my mortgage, we (lender and owner) are supposed to reach for our title policies to pay off the loan. Esp. If the property is not as described. (paragraph 5) for misc proceeds.

The land for my area and another subdivision is incorrect due to an easement in Broward County Records Book 49 Page 27 and Book 55 Page 21

The Plats reflect the canal as most other canals. Water(30 feet) and Canal Maintenance Easement (20 feet). In reality, the CME does not exist, nor has it ever existed, per Broward County records and photos.

The setback of my home building to the canal per SFWMD should be 40 feet. Per the survey, when I purchased my home, it was 14 feet. CME never existed per Fidelity and SFWMD. The setback would require the removal of the ALL of my bedrooms and bathrooms. This would be true for the other homes on the east side of the canal.

In addition, per SFWMD stated that due to the defect, the City of Plantation could remove the homes on the east side of the canal with no legal repercussions. , nine homes.

I have asked the Lender for a copy of their title policy since the mortgage references the insurance. But they have not provided the Lenders' policy.

The resignation of Bilu Law firm would create an undue hardship for my creditors, myself, and my neighbors, who would use my case as a precedent.

Hardship

1. Time it would take to find another law firm that would be penalizing the creditors

2. In addition, my creditor, Wells Fargo, has two other homes that are impacted by the title defect situation of which my bankruptcy and LMM are a stepping stone

3. Cost of hiring another law firm

Homeowner Insurance Damage: Law firm Project Advocates.

All of the homes along the canal have Defective Titles. Nineteen homes, 21 families, and 12 mortgages. Wells Fargo has a mortgage of 3 on the homes. BOA 1, Citi 1. See attached.

The determination that the titles are defective is by the following companies, government agencies, and law firms.

1. Fidelity National Title Insurance. Fidelity confirmed that the titles are defective by a sizable amount of land. Claim denied they do not like the survey that was done. The notion of the water on the survey

is not defined well enough for them. My creditor (Wells Fargo) is using the same survey.

2. Local law firm. Scott Golden Law firm. He confirmed that my home has the title defect at the cost of $3,500.00+. His recommendation is to sue the City of Plantation. He is a two-lawyer law firm. He declined to take on the litigation. He does not have enough resources.

3. South Florida Water Management District (SFWMD). Head Engineer confirmed the title is defective with a lot of land loss in addition to the missing land due to Plat. He has assigned two engineers to take photos of the damages and measurements of the damages.

4. SFWMD stated they had transferred the canal system in Plantation to the Old Plantation Water Control District (OPWCD) in 1984 to maintain the canals

5. OPWCD stated (email) that the canal my home is on was given to the City of Plantation in 2009.

6. OPWCD stated that the City of Plantation took ownership and control of the canal. More land ownership was lost. (2,700 sq ft for me land lost breakdown sheet. A minim of 9,000 sq feet out of 20,000.

7. What land people think they own, they don't. SFWMD states the City of Plantation can level all the houses along the east side of the canal with no legal issues.

8. In the 2010s, the City of Plantation deepen the canal by 3 feet to help with the stormwater drainage. On paper, there was not supposed to be any damage.

9. In my mortgage, we (lender and owner) are supposed to reach for our title policies to pay off the loan. If the property is not as described. (paragraph L) for misc proceeds.

10. I have another lawyer who is working on the home valuation with all the built-in issues.

The title to my home is physically defective per Fidelity National Title Insurance and South Florida Water Management District. Fidelity does not

like the survey; the claim was denied, but they reference the Plats, which shows the water and the non-existent canal bank easement.

The land for my area and another subdivision is incorrect due to an improper easement.

Broward Records Book 49 Page 27 and Book 55 Page 21.

The Plats reflect the canal as most other canals. Water(30 feet) and Canal Maintenance Easement (20 feet). In reality, the CME does not exist, nor has it ever existed, per Broward County records.

The setback of my home building to the canal per SFWMD should be 40 feet. Per the survey, when I purchased my home, it was 14 feet. CME never existed per Fidelity and SFWMD. The setback would require the removal of the bedrooms and bathrooms.

I have asked the Lender for a copy of their title policy since the mortgage references the insurance. The debtor is unfamiliar with how to ask, discovery

There are 18 other homes in a similar situation (minus the foreclosure)

The lender has not attempted to collect on their Lenders Title Insurance. policy

Bilu Law Firm has not presented any valid reason to resign, much less any reason. The greater good outweighs a wish.

Sincerely

Ralph L. Sanders

561 SW 60th ave

Plantation, Fl. 33317



Examples of difficulty of getting replacement attornies for a project have already started. that cribbles the work and ability to repay the estate and the promises the Bilu made. Lawyers do not like

Exhibit 1.1 & 1.2
Attorney Grace Robson had attempted to find a Bankruptcy attorney for me in late 2021. Attorney Robson, now Judge Robson, was unsuccessful.

Exhibit 2
Purchase of 13 attorney referrals from Broward Bar

Exhibit 3
Major interruption of moving forward. I have no knowledge or any skill of LMM
The law firm that represented my creditor in 2019 (exhibit 3) is the same law firm as no (4).
When I got the confirmation from Fidelity Title insurance company, post Chapter 13 dismissal, that my Title is defective, I forward the email to Wells Fargo/BNYM law firm.
The WF/BNYM responded that we need to work with the LENDER (5).
How do I get the WF/BNYMt law firm to pull in the lender into the LMM?

This is why I hire Bilu to at least get advice or point me in what direction to look for an attorney

Exhibit 6 is another title insurance attorney.
I need help getting attorneys.

Per the paperwork from cases, 19-24331 and 22-1476 is the list of homeowners and lenders that have the same title defect. Exhibit 7
There are 19 families that have missing land either by way of original flaw and/or the 2009-2011 engineering design.
There are 11 mortgages. Three of the mortgages belong to my creditor.

I need lawyers, them to leave

Exhibit 8, Bilu law firm blank retainer has they can leave whenever they. wish to. Page 3 is critical to help pay the estate. I.e. negation

Exhibit 9 Withdraw motion was Sept 1, 2022, but the certificate did not go out until Sept 9, 2022

Exhibit 10. Bilu offers to close all of the material in their withdrawal. What material? What has been accomplished? What training has there been? Normally a company stays until the bankruptcy is over, after a few maintenance payments.



**11. NO REASON given for the resignation. The client has not done anything illegal or immoral or unethical**



# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

Chief Judge Caryl E. Delano
Sheryl L. Loesch, Clerk of Court

**HOME >> JUDGES**

**Orlando**

Judge Grace E. Robson **NEW**

Judge Tiffany Geyer **NEW**

Judge Karen S. Jennemann (RETIRED)

Judge Lori V. Vaughan

Judge Arthur B. Briskman (RETIRED)

**Tampa**

Judge Roberta A. Colton

---

RE: Pro Bono referral for Bankruptcy and Insurance                                  Yahoo Inbox



**Grace Robson** <grobson@mrthlaw.com>                        Mon Jul 26, 2021 at 10:33 AM
To: ralph sanders

Hi Ralph – I received your emails – what time can you talk today?

I can give you a call around 1pm if that works for you

Grace



MARKOWITZ
RINGEL
TRUSTY
HARTOG

1-2

✉ **Yahoo/Inbox**    from:lrx@browardbar.org browardbar    **Advanced** ∨    🔍

**Messages**    Photos    Documents

☐ ∨                                                                                    Sort ∨

**August**

| | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  ...LRS 1... | Yahoo | Aug 24 |
|---|---|---|---|---|
| | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  ...LRS 1... | Yahoo | Aug 24 |
| | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  ...LRS 1... | Yahoo | Aug 24 |

**Earlier in 2022**

| | lrx@browardbar.org | Re: Referral From Broward County Bar Asso Lawyer Referral Service  ...... | Yahoo | Jan 13 |
|---|---|---|---|---|
| | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  ...LRS 1... | Yahoo | Jan 13 |
| | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  ...LRS 1... | Yahoo | Jan 11 |
| | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  ...LRS 1... | Yahoo | Jan 11 |

**2021**

| | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  ...LRS 1... | Yahoo | 12/10/2021 |
|---|---|---|---|---|
| | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  ...LRS 1... | Yahoo | 11/16/2021 |
| | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  ...LRS 1... | Yahoo | 11/16/2021 |
| | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  ...LRS 1... | Yahoo | 11/16/2021 |
| | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  ...LRS 1... | Yahoo | 3/23/2021 |

**August**

| | | | | |
|---|---|---|---|---|
| ☐ | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  Browa... | Yahoo | Aug 24 |
| ☐ | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  Browa... | Yahoo | Aug 24 |
| ☐ | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  Browa... | Yahoo | Aug 24 |



**Earlier in 2022**

| | | | | |
|---|---|---|---|---|
| ☐ | lrx@browardbar.org | Re: Referral From Broward County Bar Asso Lawyer Referral Service  Gr... | Yahoo | Jan 13 |
| ☐ | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  Browa... | Yahoo | Jan 13 |
| ☐ | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  Browa... | Yahoo | Jan 11 |
| ☐ | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  Browa... | Yahoo | Jan 11 |

**2021**

| | | | | |
|---|---|---|---|---|
| ☐ | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  Browa... | Yahoo | 12/10/2021 |
| ☐ | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  Browa... | Yahoo | 11/16/2021 |
| ☐ | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  Browa... | Yahoo | 11/16/2021 |
| ☐ | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  Browa... | Yahoo | 11/16/2021 |
| ☐ | LRX@browardbar.org | Referral From Broward County Bar Asso Lawyer Referral Service  Browa... | Yahoo | 3/23/2021 |

# Attorneys

#3

| | | |
|---|---|---|
| **Michael H. Johnson**<br>3601 W. Commercial Blvd. #31<br>Ft. Lauderdale, FL 33309<br>954-535-1131<br>954-641-7750 (fax)<br>info@attorneydebthelper.com<br>*Assigned: 10/25/2019*<br>*TERMINATED: 06/19/2020* | representing | **Ralph Levi Sanders, Jr.**<br>561 SW 60 Ave.<br>Plantation, FL 33317<br>*(Debtor)*<br>PRO SE |
| **Peter W Kelly**<br>P. W. Kelly Associates, P.A.<br>P.O. Box 33-1083<br>Miami, FL 33233-1083<br>786-766-0012<br>pkelly@pwkpa.com<br>*Assigned: 08/02/2021* | representing | **Specialized Loan Servicing LLC**<br>c/o Gavin Stewart<br>POB 5703<br>Clearwater, FL 33758<br>*(Creditor)* |
| **Natalie Zindorf Lea**<br>Bonial & Associates, P.C.<br>14841 Dallas Pkway # 425<br>Dallas, TX 75254<br>214-918-9829<br>Natalie.Lea@bonialpc.com<br>*Assigned: 10/31/2020* | representing | **THE BANK OF NEW YORK MELLON**<br>14841 DALLAS PKWY SUITE 425<br>Dallas, TX 75254<br>*(Creditor)* |
| **Christian A. McCue**<br>The McCue Law Firm, P.A.<br>6245 N Federal Hwy # 418<br>Ft. Lauderdale, FL 33308-1998<br>954.267.9377<br>christian.mccue@mccuelaw.com<br>*Assigned: 01/04/2021* | representing | **Christian McCue**<br>6245 N Federal Highway<br>#418<br>Ft. Lauderdale, FL 33308<br>954-267-9377<br>christian.McCue@mccuelaw.com<br>*(Mediator)* |
| **Gavin N Stewart**<br>POB 5703<br>Clearwater, FL 33765<br>727-565-2653<br>bk@stewartlegalgroup.com<br>*Assigned: 11/29/2019* | representing | **Specialized Loan Servicing LLC**<br>c/o Gavin Stewart<br>POB 5703<br>Clearwater, FL 33758<br>*(Creditor)* |
| **Matthew Tillma**<br>14841 Dallas Parkway Suite 425<br>Dallas, TX 75254<br>913-214-5034<br>972-499-8452 (fax)<br>matt.ecfiling@gmail.com<br>*Assigned: 10/21/2020* | representing | **THE BANK OF NEW YORK MELLON**<br>14841 DALLAS PKWY SUITE 425<br>Dallas, TX 75254<br>*(Creditor)* |

**PACER Service Center**

**Transaction Receipt**

| 09/12/2022 13:17:15 | | | |
|---|---|---|---|
| **PACER Login:** | ralphlevi | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 19-24331-PDR |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

$3-/$

22-14766-SMG Ralph Levi Sanders, Jr.

Case type: BK Chapter: 13 Asset: Yes Vol: v Judge: Scott M Grossman
**Date filed:** 06/20/2022 **Date of last filing:** 09/09/2022

# Attorneys

*A. 4*

**Nicholas G Rossoletti**
2760 W. Atlantic Boulevard
Pompano Beach, FL 33069
954 789 1701
nrossoletti@bilulaw.com
*Assigned: 06/20/2022*

representing

**Ralph Levi Sanders, Jr.**
561 SW 60 Ave.
Plantation, FL 33317
*(Debtor)*

**Gavin N Stewart**
POB 5703
Clearwater, FL 33758
727-565-2653
bk@stewartlegalgroup.com
*Assigned: 07/12/2022*

representing

**Specialized Loan Servicing LLC**
P.O. Box 5703
Clearwater, FL 33758
*(Creditor)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/12/2022 00:49:58 | | | |
| **PACER Login:** | ralphlevi | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 22-14766-SMG |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

RE: BK 19-24331 Loan 1018459424 Re: Title/land ownership issue went from bad to uglier. Fw: Parcel ID_504111130380 561_sw_60_ave_Plantation

From: Torrez, Benny (benny.torrez@nationalbankruptcy.com)

To: ralph_l_sanders@yahoo.com; crdocs@sls.net; bk@stewartlegalgroup.com; Wesley.Kozeny@BonialPC.com; Matthew.Tillma@BonialPC.com

Cc: Kelly.DeSousa@BonialPC.com

Date: Wednesday, October 20, 2021 at 01:09 PM EDT

Good afternoon,

We do not have an active file open for this case. Also, BK was filed in FL and it looks like the BK case was dismissed on 9/15/2021.

Unless I'm missing something, debtor should be talking directly to the lender.

Thank you,

Benny Torrez*

Operations Supervisor | Bonial & Associates, P.C.

14841 Dallas Parkway, Suite 425 | Dallas, TX 75254

D: 972-499-8791 | F: 972-499-8544

Benny.Torrez@BonialPC.com

Serving the states of California, Kansas, Missouri, Nebraska, Oklahoma & Texas

*Not licensed to practice law.

**Bonial & Associates, P.C. is certified as a Women's Business Enterprise (WBE) and LGBT Business Enterprise (LGBTBE)**

 

***Should escalation be required, please contact the following individual: Chris Verheyen at 972-200-7948 or Christopher.Verheyen@BonialPC.com***

This communication contains information that is intended only for the recipient named and may be privileged, confidential, subject to the attorney-client privilege, and/or exempt from disclosure under applicable law. If you are not the intended recipient or agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, use, or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify us immediately by telephone at 1-800-768-7751 or 1-972-643-6600 and destroy the material in its entirety, whether in electronic or hard copy format.

This firm is a debt collector and any information we obtain from you will be used for that purpose.

You may opt out of receiving further email communications to this address by replying with the word "STOP" in the subject line

From: DeSousa, Kelly <Kelly.DeSousa@BonialPC.com>
Sent: Tuesday, October 19, 2021 10:35 PM
To: 'ralph sanders' <ralph_l_sanders@yahoo.com>; crdocs@sls.net; bk@stewartlegalgroup.com; Kozeny, Wesley <Wesley.Kozeny@BonialPC.com>; Tillma, Matthew <Matthew.Tillma@BonialPC.com>; Torrez, Benny <Benny.Torrez@NationalBankruptcy.com>
Subject: RE: BK 19-24331 Loan 1018459424 Re: Title/land ownership issue went from bad to uglier. Fw: Parcel ID_504111130380 561_sw_60_ave_Plantation

[Adding Benny Torrez as he is Wes's PL for our IL portfolio]

Thank you.

Kelly DeSousa | Bankruptcy Paralegal

Bonial & Associates, P.C.

12400 Olive Blvd, Suite 555 | St. Louis, MO 63141
P: 314.372.8419 | F: 314.372.8410

Kelly.DeSousa@BonialPC.com

Serving the states of CA, KS, MO, NE, NY, OK & TX

*Not licensed to practice law

From:   ralph sanders (ralph_l_sanders@yahoo.com)

To:      roxana@bloomfieldros.com

Date:   Wednesday, August 31, 2022 at 03:23 PM EDT

### Denial. there are more emails

ANOTHF
ATTEMPT.
TITLE tptAWYEp
⑥

----- Forwarded Message -----
**From:** Mahone-Davis, Phitina <phitina.mahone-davis@fnf.com>
**To:** ralph_l_sanders@yahoo.com <ralph_l_sanders@yahoo.com>
**Cc:** Korte Sierra, Tiffany <Tiffany.KorteSierra@fnf.com>
**Sent:** Friday, September 24, 2021 at 09:57:02 AM EDT
**Subject:** Claim 908629

| This message was sent securely using Zix |
| --- |

Good day,


Please find attached a correspondence from Tiffany Korte Sierra, Claim Counsel, AVP regarding the above referenced claim. Please direct all communication pertaining to this claim to her and refer to Claim Number **908629** in all communications. Ms. Korte Sierra can be reached at (904) 854- 8524 or Tiffany.KorteSierra@fnf.com.



Phitina Mahone-Davis

**Legal Assistant**

**Toll Free: 877.862.9111**

**Facsimile: 904.633.3060**

**Email: pmahone-davis@fnf.com**

**Fidelity National Title Group**

**601 Riverside Avenue, Building 5, 4th Floor**

**Jacksonville, FL 32204**



This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me and return the original message to me at the above listed email address.

intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

---------------------------------------------------------------

**This message was secured by Zix®.**

$6-1$


908629 Reconsideration Request Date 9..24.2021.pdf
233kB

# West Side of Canal

| # | HSE # | Ave/ST | Owner | Was hse paidoff | Mortgage Comp | Mortgage ID | Damaged | Phone |
|---|-------|--------|-------|-----------------|---------------|-------------|---------|-------|
| 1 | 400 | SW 62th AVE | JONES, CIARA | Yes | 2101 llc | | Y | |
| 2 | 490 | SW 62th AVE | ESCOBAR, ALEX H/E OJEDA, DIANETT | | Too many mortgages in Broward CNTY Records for differ properties & house of cards | | Y | |
| 3 | 500 | SW 62th AVE | DAVID N MALONE JR LIV TR JESSICA P MALONE LIV TR 6811 W CYPRESSHEAD DR PARKLAND FL | | Wells Fargo/ 'house of leveraging' | | Y | |
| 4 | 516 | SW 62th AVE | PAULSON, W E & VIVIAN T 6900 E CYPRESSHEAD DR PARKLAND FL 330 67-1606 | | 100k Revolving credit BOA | | Y | |
| 5 | 530 | SW 62th AVE | HORNIG, KENNETH A & CATHY | | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC DIRECTORS FINANCIAL GROUP | | Y | |
| 6 | 540 | Sw 62 ave | HESSE, JONATHAN & CYNTHIA | Was paid off | Tropical Financial Credit Union | | N ? (REBUILT SEA WALLS?) | |
| 7 | 550 | Sw 62 ave | MOHLER, BRITTANY & WILLIAM R III | | Citi Mortgage | | N ? (REBUILT SEA WALLS?) | |
| 8 | 560 | Sw 62 ave | HEURTAUX, PATRICIA GHALAYINI, MOUHIDDINE | | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC SOUTHPOINT FINANCIAL SERVICES INC | | Y | |
| 9 | 6101 | Sw 6 | OSETROV, VLADIMIR & KSENIA | | The Mortgage Firm | | N | |

$7 - 1$

| # | Hse # | Ave/St | | | Mortgage Comp | # | | |
|---|---|---|---|---|---|---|---|---|
| | | street | | | | | | |
| 10 | xxxx | SW 6st bridge | | | | | N | |
| | | **East Side of Canal** | | | | | | |
| # | Hse # | Ave/St | | | Mortgage Comp | # | | |
| 11 | 455 | SW 60 ave | VILLAVERDE, BIARDA | **Stll Paid off** | **Paid Off_Cash_Purchase_ 2015** | | Y | |
| 12 | 6001 | SW 5 Street | CASTILLO, ALFREDO & KIMBERLY A | | MERS/NationPoint | | Y | |
| 13 | 6000 | SW 5 Street | DE AMORIM, RONALD H/E KEITHS, LINDA L | | JPMorgan_Chase | | Y | |
| 14 | 515 | SW 60 ave | OLESKI, DANIEL T & HOLLY M | Still paid off | Paid Off: Life Savings | | Y | |
| 15 | 531 | SW 60 ave | SCHULTZ, JOHN L | **Still Paid off** | Paid Off: Life Savings | | ?? | |
| 16 | 545 | SW 60 ave | COOKE, MABLE E | **Still Paid off** | Paid off:Live Savings | | Y | |
| 17 | 561 | SW 60 ave | SANDERS, RALPH | | WF/BNYM | | Y | |
| 18 | 6051 | SW 6th STREET | CARDELLI, DINO & JOSANA | | WF | | y | |
| | | | | | | | | |

## RON S. BILU, P.A. / BILU LAW, P.A.
## ATTORNEY FEE AGREEMENT- BANKRUPTCY



### January 26, 2022

**Client: Ralph Sanders**

Re:    Chapter 13 Bankruptcy

This Agreement describes the terms and conditions under which this firm is offering to represent you in connection with the following:

Client desires Attorney services for the filing of a Chapter 13 Bankruptcy. Client understands that Attorney can only attempt to improve situation and that no results have been promised or guaranteed. This agreement shall retain the FIRM's services with regard to the completion of the application and representation during the filing of the Chapter 13 Bankruptcy.

This is a legal contract, and the terms and conditions of our agreement with you are described in some detail. This Agreement not only establishes the terms of our contract with you, it will help to prevent any misunderstandings.

It is the firm's strict policy to obtain the written approval of every client to the terms and conditions of representation; therefore, we will take no action on your behalf until you have signed this Agreement and have paid the fees hereunder.

You agree to keep our office advised of your home and business telephone numbers and, if appropriate, your e-mail address so that we can locate you during the day or evening hours. You agree to promptly inform us of all changes in your contact information as soon as such changes occur.

If the matter involves litigation, you may be required to attend court appearances and comply with discovery requests and deposition notices.

If our representation is to collect money owed to you, you grant us a lien on the claim or cause of action and upon any sum of money or property to be recovered in order to secure any unpaid attorney's fees or costs incurred as discussed herein below. All monies collected shall be disbursed through our office.

Initial:____

This Agreement will require payment of a non-refundable flat fee.

> We have agreed upon a $4,500.00 nonrefundable flat fee for filing of Chapter 13 Bankruptcy and attorney services as described in Paragraph 1.01. This shall not include costs and filing fees of $463.00, payment of which shall be the responsibility of the client only.

- $313.00 filing fee for Chapter 13
- $150.00 Chapter 13 costs

Initial:____

The attached Exhibit "A" shows those items which are specifically included in, and those items which are specifically excluded from, the flat fee agreement.

Please be advised that any work which is not included in the flat fee, will be billed at our law firm's hourly rate as follows:

| | |
|---|---|
| Ron Bilu & Nicholas Rossoletti | $395 |
| Law Clerk / Paralegal | $250 |

The attorney's fees do not include court costs, depositions, appraisal fees, mileage charges, parking expense, long distance telephone charges, postage, copy and certified copy expenses, delivery charges, and any other out-of-pocket costs. These costs will be treated as additional expenses and will be included in our bill.

Initial:____

All reasonable expenses incurred by the Attorney in the handling of this legal matter shall be paid by Client as incurred. You agree to pay those reasonable expenses. If payments are not made promptly to us as requested, we reserve the right to immediately withdraw from representing you in any and all matters that the law firm is handling. You agree to the withdrawal.

Initial:____

The expenses contemplated include but are not limited to court costs, consultants' costs, bonds, records, copy costs, certified copies, transcripts or depositions, telephone calls, duplication costs, photographs, expert and other witness fees, cost of investigation and investigator's fees, postage, travel, parking, and any other case expenses. Client shall deposit with Attorney an expense deposit in the amount of $0.00 which shall be deposited in the Attorney's Trust Account. The Attorney may draw against the expenses in the trust account as the expenses are incurred.

8-2

Any expenses not timely paid by Client shall be deducted by the Attorney prior to Client receiving her interest in the amount set forth above. Client shall remain liable and promptly pay for all expenses incurred in this representation.

a.     Client agrees to make such additional deposits for expenses as are required by the Attorney within ten (10) days from the statement's date.

b.     Unpaid fees and expenses, if not paid within ten (10) days from the statement's date, shall bear interest at the rate of 18 percent per annum until paid.

c.     All sums due and to become due are payable at the Attorney's office in Pompano Beach, Broward County, FLORIDA.

The Attorney may withdraw from the case and cease to represent Client for any reason, including without limitation:  Client's failure to timely pay fees and expenses or deposits in accordance with this Agreement, subject to the professional responsibility requirements to which Attorneys are subject.

It is further understood and agreed that upon such termination of any services of the Attorney, any of Client's deposits remaining in Attorney's Trust Account shall be applied to any balance remaining owing to Attorney for fees and/or expenses and any surplus then remaining shall be refunded to Client.

Initial:____

Attorney is granted a limited power of attorney so that the Attorney may have full authority to prepare, sign and file all legal instruments, pleadings, drafts, authorizations and papers as shall be reasonably necessary to conclude this representation, including settlement and/or reduce to possession any and all monies or other things of value due to Client under this claim as fully as Client could do so in person.

If the matter requires negotiation, we will negotiate with the opposing party on your behalf.   We will not conclude or settle the matter without your approval.   Please do not communicate with any of the parties, witnesses or attorneys in the case without our involvement. Client grants to the Attorney a power of attorney to handle negotiations and settlement discussions regarding Client's legal matter to the same extent as fully as Client could do so in person. You authorize us with your power of attorney to sign court or other legal documents which may be required in the course of the case. Also, you also will designate our law firm as your attorney-at-law and in-fact to act in your name, sign legal pleadings on your behalf and to perform the acts necessary and appropriate to effect the above described legal representation.

a.     This expressly includes the right to sign Client's name on and to any insurance company drafts, money orders, cashier's checks, checks or other negotiable instruments made payable to the Attorney and Client, the Attorney, or to Client without the joinder of the Attorney, submitted to the Attorney on behalf of Client in full or partial settlement of this case.

8-3

**b.** This limited power of attorney further authorizes the Attorney to place the monies, referred to above, in the Attorney's trust account and from that trust account, make distributions and payments to the Attorney for the agreed to fee stated above, reimbursement to Attorney for any and all expenses incurred by the Attorney in handling this case, payments to Client of Client's interest in the monies recovered as stated above, and payments to parties other than Client and Attorney for their services performed, fees charged or bills rendered in connection with representing Client, including but not limited to expert witness fees, trial preparation bills paid to outside services, court reporter fees, deposition fees, investigative services, costs of exhibits or other expenses incurred by Attorney on behalf of Client.

No settlement shall be made without Client's approval, nor shall Client obtain any settlement on the aforesaid claims without the Attorney's approval.

We cannot guarantee any expected outcome or conclusion of the legal matter due to numerous and complicated factors which are beyond our control. We make no express warranties concerning this transaction, and hereby expressly disclaim any implied warranties concerning it. It is expressly understood and agreed that no other representations have been made to you except those set out in this Agreement. **It is expressly agreed and understood that no promises or guarantees as to the outcome of the case have been made to Client by Attorney. It is further expressly understood and agreed that no other representations have been made to Client, except for those set out in this Agreement.**

Initial:____

Client shall keep the Attorney advised of Client's whereabouts at all times, and provide the Attorney with any changes of address, phone number or business affiliation during the time period which Attorney's services are required. Client shall comply with all reasonable requests of the Attorney in connection with the preparation and presentation of Client's legal matter.

The Attorney may, at Attorney's sole discretion and expense, employ any other person or service that the Attorney believes is necessary to help or assist in this legal representation.

This Agreement shall be construed under and in accordance with the laws of Florida, and venue for the adjudication of any dispute relating to this Agreement shall be Broward County, FLORIDA.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, legal representatives, successors and assigns where permitted by this Agreement.

In case any one or more of the provisions contained in this Agreement shall, for any reason, be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provisions thereof and this Agreement shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

This Agreement constitutes the sole and only agreement by and between the parties. It supersedes any prior understandings or written or oral agreements between the parties concerning the subject matter discussed herein.

Any controversy or claim arising out of or relating to a fee charged pursuant to this Agreement shall be settled by arbitration under the fee arbitration rule of the Rules Regulating The Florida Bar. Judgment upon the award rendered may be entered in any court having competent jurisdiction.

**NOTICE:   This agreement contains provisions requiring arbitration of fee disputes. Before you sign this agreement you should consider consulting with another lawyer about the advisability of making an agreement with mandatory arbitration requirements. Arbitration proceedings are ways to resolve disputes without use of the court system. By entering into agreements that require arbitration as the way to resolve fee disputes, you give up (waive) your right to go to court to resolve those disputes by a judge or jury. These are important rights that should not be given up without careful consideration.**

**TAX DISCLOSURE AND ACKNOWLEDGMENT:**

**THE CLIENT IS ADVISED TO OBTAIN INDEPENDENT AND COMPETENT TAX ADVICE REGARDING LEGAL AND BUSINESS MATTERS SINCE LEGAL AND BUSINESS TRANSACTIONS CAN GIVE RISE TO TAX CONSEQUENCES.**

**THE UNDERSIGNED LAW FIRM AND ATTORNEY HAVE NOT AGREED TO RENDER ANY TAX ADVICE AND ARE NOT RESPONSIBLE FOR ANY ADVICE REGARDING TAX MATTERS OR PREPARATION OF TAX RETURNS, OR OTHER FILINGS, INCLUDING, BUT NOT LIMITED TO, STATE AND FEDERAL INCOME AND INHERITANCE TAX RETURNS.**

**FURTHERMORE, THE CLIENT SHOULD OBTAIN PROFESSIONAL HELP REGARDING THE VALUATION AND LOCATION OF ALL ASSETS WHICH MAY BE THE SUBJECT OF A LEGAL MATTER INCLUDING BUT NOT LIMITED TO:  PROPERTY OF ANY ESTATE, PENSIONS, EMPLOYMENT BENEFIT AND PROFIT SHARING RIGHTS THAT MAY BE CONTROLLED BY ANY OTHER PARTY TO THE LEGAL MATTER.**

I certify and acknowledge that I have had the opportunity to read this Agreement and the attached Exhibit "A" to this agreement as well. I further state that I have voluntarily entered into this Agreement fully aware of its terms and conditions.

**SIGNED** on this _____ day of _____, 2022.

_____

RALPH SANDERS

**SIGNED** on this _____ day of _____, 2022.

RON S. BILU, P.A.
**BILU LAW, P.A.**

BY:_____

Ron S. Bilu
2760 W ATLANTIC BLVD
POMPANO BEACH, FLORIDA  33069
(954) 596-0669
(954) 427-1518 (telefax)
Florida Bar Number:  632651
E-Mail:  rbilu@bilulaw.com

ჰ-6

**ATTORNEY-CLIENT COMMUNICATION: THIS DOCUMENT AND ITS CONTENTS CONSTITUTE LEGALLY PRIVILEGED INFORMATION**

### EXHIBIT "A" Uncontested Bankruptcy

**Items Included in a Flat Fee Arrangement:**
1.  Meet with the client, review the information and factual background applicable to the matter.
2.  Explain bankruptcy alternatives to the client.
3.  Prepare the petition for bankruptcy and appropriate schedules.
4.  Attend one (1) creditor's meeting with the client.
5.  Limit the total time for discussing the bankruptcy with the client and/or client's creditors, to two (2) hours if required.

**Items NOT Included in a Flat Fee:**
1.  Research or location and determination of debts, judgments or liens against the debtor or her property.
2.  The client is advised to have a title company or other service check for any and all liens, judgments, claims, debts or contingent liabilities against the client.
    **NOTE: FAILURE TO LIST ANY DEBT, LIEN, CLAIM, CAUSE OF ACTION, JUDGMENTS, LITIGATION (ANY PENDING CASE: INCLUDING DESIGNATION OF COURT, STYLE OF CASE, NAME AND ADDRESS OF OPPOSING COUNSEL) OR ANY OTHER LIABILITY, CONTINGENT OR OTHERWISE, MAY RESULT IN SAID DEBT OR LIEN NOT BEING DISCHARGED IN THE BANKRUPTCY.**
    **IT IS THE CLIENT'S SOLE RESPONSIBILITY TO DETERMINE ANY AND ALL DEBTS AND LITIGATION AS MENTIONED ABOVE SO THAT THEY MAY BE LISTED IN THE BANKRUPTCY SCHEDULES.**
    **THE LAW FIRM AND ATTORNEY ARE NOT RESPONSIBLE FOR THE CLIENT'S FAILURE TO LIST ANY DEBTS, LITIGATION, CONTINGENCIES, BILLS OR OBLIGATIONS THAT ARE NOT WRITTEN IN THE BANKRUPTCY INFORMATION SHEET WHICH THE CLIENT SUBMITTED TO THE ATTORNEY AND UPON WHICH ATTORNEY RELIED IN PREPARING THE CLIENT'S BANKRUPTCY PETITION AND SCHEDULES.**
3.  Representation in any adversary hearings or responses filed thereto, including but not limited to, motions to lift the automatic stay, motions to dismiss the bankruptcy, motions to convert the bankruptcy from one chapter to another, such as a Chapter 11 or 13 to a Chapter 7.
4.  Motions applicable to removing non-purchase money liens, accepting or rejecting leases or any other motion or hearing that may be advisable.
5.  Post-petition complaints or hearings of any adversarial nature.
6.  Time required for reviewing, drafting and proposing a Chapter 11 or Chapter 13 Plan.
7.  Any phone calls, letters, legal research, work, correspondence, or any other legal services required to amend or revise the bankruptcy petition or schedules.
8.  Any legal work required to respond to requests from the Trustee which may arise at the creditor's meeting, including but not limited to, request for information, request for

amended petitions or schedules, requests for documents or explanations.

9..     All hearings, depositions, or creditor's meetings (other than the first creditor's meeting).

10.     Attending the discharge, reaffirmation or other hearings with the client, (except the first scheduled creditor's meeting) if the same is required.    Attendance at second or rescheduled creditor's meeting hearings must be paid for by the client and are not included in the flat fee.

11.     **REMOVAL OF LIENS:**  Liens may remain after the discharge to both personal and real property.  A court filing, motion and hearing may be required in both bankruptcy court and state court.
**THE CLIENT IS ADVISED THAT A SEPARATE APPLICATION PROCEDURE AND HEARING MAY BE REQUIRED TO REMOVE ANY ABSTRACT OF JUDGMENT LIENS WHICH MAY BE FILED AGAINST THE CLIENT NOTWITHSTANDING THE BANKRUPTCY COURT DISCHARGE ORDER THAT THE CLIENT MAY RECEIVE.  THE CLIENT MAY NEED TO RETAIN THIS LAW FIRM OR ANOTHER ATTORNEY AFTER THE BANKRUPTCY IS COMPLETED IN ORDER TO REMOVE ABSTRACT OF JUDGMENT LIENS.**

12.     Any post-bankruptcy petition or discharge matters including but not limited to objections to discharge ability, filing Applications to Remove Judgment Liens on property on which abstract of judgments or other liens may exist.

13.     Any matter other than those listed above under the flat fee arrangement.

SIGNED on this _____day of _____, 2022.

_____
RALPH SANDERS

SIGNED on this _____day of _____, 2022.

RON S. BILU, P.A.
BILU LAW, P.A.

BY:_____
Ron S. Bilu
2760 W ATLANTIC BLVD
POMPANO BEACH, FLORIDA  33069
(954) 596-0669
(954) 427-1518 (telefax)
Florida Bar Number: 632651
E-Mail:  rbilu@bilulaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

RALPH LEVI SANDERS, JR.                    Case No. 22-14766-SMG

                                           Chapter 13

        Debtor.
_____/

## DEBTOR'S COUNSEL'S MOTION TO WITHDRAW AND MOTION FOR EXTENSION OF TIME TO COMPLY WITH ALL OUTSTANDING DEADLINES IN RELATION TO THIS MATTER

Undersigned counsel, as attorney for the debtor, RALPH LEVI SANDERS, JR., hereby moves the court for entry of an order permitting the withdrawal of Ron S. Bilu, Esquire, Nicholas G. Rossoletti, Esquire, Andrea Valencia, Esquire and Bilu Law, P.A. as attorney for the debtor and the extension of all outstanding deadlines in relation to this matter and states:

1. Ron S. Bilu, Esquire, Nicholas G. Rossoletti, Esquire, Andrea Valencia, Esquire and Bilu Law, P.A. are presently counsel for the Debtor, Ralph Levi Sanders, Jr.

2. Irreconcilable differences have arisen between counsel and the debtor which require the withdrawal of counsel.

3. The Debtor is in the process of retaining counsel relating to claims relating to the title of his principal residence as well as attempting to modify the mortgage on his homestead property through the Mortgage Modification Mediation Program. Specifically, the Debtor is in the process of engaging with South Florida Water Management relating to issues on the title to his homestead property. The Debtor requires additional time to engage replacement counsel as well as to deal with the issues involving South Florida Water Management more fully.

1

4. As such, the Debtor requests an extension of all deadlines in this matter, including but not

limited to, an extension of time to file and comply with the requirements of the Mortgage

Modification Mediation Program.

**WHEREFORE,** undersigned counsel requests that the court enter permitting the withdrawal

of Ron S. Bilu, Esquire, Nicholas G. Rossoletti, Esquire, Andrea Valencia, Esquire and Bilu Law,

P.A. and extend all deadlines in this matter, including but not limited to, an extension of time to

file and comply with the requirements of the Mortgage Modification Mediation Program.

Respectfully Submitted,

*/s/ Nicholas G. Rossoletti*
NICHOLAS G. ROSSOLETTI
Florida Bar No. 0051466
**BILU LAW, P.A.**
2760 W ATLANTIC BLVD
POMPANO BEACH, FL  33069
Telephone: (954) 596-0669
Fax: (954) 427-1518
rbilu@bilulaw.com
nrossoletti@bilulaw.com
avalencia@bilulaw.com
johana@bilulaw.com

Ralph L. Sanders                          22-147666-SMG

# EXHIBITS



## 22-14766-SMG

 Attached are the following exhibits of issues in my home that are occurring also at my neighbors

Exhibit A: Spreadsheet of my neighbors whose homes are also damaged, similar to mine.  This is not just a Ralph Sanders issue. Cure my home and neighbors also.

`               Within the same spreadsheet are the mortgage companies with mortgage notes on the homes.

Homes with no mortgage companies are paid off—the owners' life savings.

My Creditor, Wells Fargo, has mortgages on three of the 19 homes.

Ralph L. Sanders                    22-147666-SMG

Exhibit B.    In Wells Fargo mortgages, paragraph (L) is a payment category. **"Miscellaneous Proceeds"** means any compensation,

settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5 for:

(i) damage to, or destruction of, the Property; **The City of Plantation Utilities dredge the canal three feet downward. There should not have been any damage on paper, but there is.**

(ii) condemnation or other taking of all or any part of the Property; **City of Plantation taking of the canal 'land' (water) as a drainage**

(iii) conveyance in lieu of condemnation; or

(iv) misrepresentations of, or omissions as to, the value and/or condition of the Property: **Title Insurance defective Title due to Plat not matching reality**

Exhibit C: Parties that can confirm Defective Title

Ralph L. Sanders                22-147666-SMG

I. Fidelity National Title Insurance: Attorney Tiffany Korte Sierra:

Claims

10-2

Counsel, AVP

2. Title Attorney: Scott Golden: Confirm title defect:
Recommended suing the City of Plantation instead of Fidelity Title
Insurance company

3. South Florida Water Management: Chief Engineer Priest,
Gary overseeing the following two engineers

SFWMD Engineers: Benoit, Brigette,
Wood, Dustin. Taking photos and Measurement of Damages.
Caused by missing Land

4. Old Plantation Water Control District: Confirmed missing land
and Eminent Domain action by the City of Plantation.

My neighbors have similar issues to the point they cannot sell their homes.

I do need help with the LMM for my creditor (Wells Fargo) sake who has
three mortgaged homes in my neighborhood.

3 of 4

10-3

Sincerely

Ralph L. Sanders

561 SW 60th ave

Plantation, Fl. 33317