## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:                                                    CHAPTER 13

Ralph Levi Sanders, Jr.,                                  CASE NO. 22-14766-SMG

          Debtor.
_____/

### AFFIDAVIT OF RALPH LEVI SANDERS, JR. IN <u>OBJECTION TO BILU LAW FIRM WITHDRAW</u>

**COMES NOW,** Affiant, Ralph Levi Sanders, Jr., first having been duly sworn and deposed and states the following:

1. I am over the age of 18 years and a resident of Broward County, Florida.

2. I am the Debtor in this matter. Under the guidance of Bilu Law Firm

3. On September 1, 2022, Bilu law firm filed a motion to withdraw from being my counselor Bankruptcy. 22-14766-SMG

4. I objected to Bilu Law Firm motion to withdraw.

5. I was given 14 days from the September 1st to file a response.

6. I was not notified of the motion to withdraw.

7. On September 13, 2022, I asked Bilu law firm to file my objections to their motion to withdraw as my counselor.

8. Bilu law firm refused to submit my written objections to withdraw.

9. I found additional issues today dealing IRS account.

10. I provide the newly found IRS issue as an additional reason for my objection to their withdrawal.

11. I wrote up another objection to their withdrawal due to the reason objections are allowed when the withdrawal would cause hardship. IRS surprise is a major hardship IRS's surprise.



12. My request to submit any of my objections to the Bankruptcy Court was refused by Bilu Law Firm due to my objections did not match their opinion.

13. My Objections never had a chance of being herald in front of Judge Grossman

14. Bilu Law firm decided they are the judge.

15. Bilu law firm decided what is correct and who should not be heard even before the hearing.

16. I did not file the material in docket 20, 21 and 22 of case 22-14766-SMG

17. See attached two objections and 5+ emails of denying the Debtor access to the Bankruptcy System.

18. Nicholas

It is a non-evendice hearing. Nothing can be presented at the hearing.

Again, please submit my objection.

RLS

19.
On Tuesday, September 13, 2022 at 03:07:40 PM EDT, Nicholas Rossoletti <nrossoletti@bilulaw.com> wrote:

Ralph,

You can present whatever you would like to the court at the hearing on Thursday. I will not be submitting something that misrepresents my position under my name and bar number.

*[signature: Ralph L Sadler]*

 **ralph sanders**
www.temenos.com

Visit site

Re: Please submit the attach to the BK court        Yahoo/Sent

 **ralph sanders** <ralph_l_sanders@yahoo.com>    Tue Sep 13 at 3:06 PM
To: Nicholas Rossoletti, Ron Bilu
Cc: Andrea Valencia, Johana Leonardo

Nicholas & Ron

Is Nicholas the Judge?

Again, please submit the paperwork to the court today. Please.

Ralph

On Tuesday, September 13, 2022 at 02:59:13 PM EDT, Nicholas Rossoletti <nrossoletti@bilulaw.com> wrote:

**FURTHER AFFIANT SAYETH NOT.**

*Ralph Levi Sanders*
AFFIANT: RALPH LEVI SANDERS, JR.

**State of: FLORIDA** KPR
**County of:** ~~BROWARD~~ Seminole

The foregoing instrument was acknowledged before me by means of [    ] physical

R.S.

appearance or [✓] online notarization, this __14th__ day of **September, 2022** by **RALPH LEVI SANDERS, JR.** who [ ] is personally known to me of [✓] whom has produced a __FL drivers license__ as identification.

Ralph Levi Sanders signed on his own behalf.

__Karina P. Randall__
**NOTARY PUBLIC:**

My Commission Expires: __11/12/2024__
Commission # HH 62995

__Karina P Randall__   Online Notary   (SEAL)
**PRINT NAME:**

Notarized online using audio-video communication

KARINA P RANDALL
Notary Public - State of Florida
Commission # HH 62995
Expires on November 12, 2024

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF FLORIDA

# Fort Lauderdale Division

In Re

Ralph Levi. Sanders JR.                         Case No. 22-14766-SMG

Chapter 13

Debtor
_____/

**OBJECTION to Bilu Law's Firm request to Withdraw as Counsel on Record. Request the motion to resign be denied due to creating undue hardship and financial damage to the groups of people and would create on my creditors, my neighbors who have the same property defect issue that I have. Hiring an attorney in midstream is almost an impossible task to hiring a replacement law firm.**

1 of 4

Update to docket submitted to Fort Lauderdale Courthouse on September 12, 2022 at 3:34PM

Without a law firm would materially prejudice my ability to litigate the cases. This may be the case when a trial is imminent. Additionally, the court may not honor the request to withdraw if the facts giving rise to the request to withdraw are in dispute.

A lawyer makes a motion to be relieved as counsel before they will be permitted to stop working on the case. Bilu's law firm has agreed to stay afterward. I define the afterward as an MMM setup.

. Lawyers usually do not like to take over another lawyer's work.

I am asking that Bilu law firm's request to resign be denied.

Bilu's law firm agreed to continue. The stay will not create an undue hardship for Bilu.

Wells Fargo has 3 of the 11 mortgages, BOA one and CITI bank one. The results of my case can and will be used in the title defect case and damages by other homeowners and lenders.

2.2

2 of 4

I need Bilu law to watch my back. In the MMM meeting, I can go over with Wells Fargo the damage to my home and other homes. But I need help.

The resignation of Bilu Law firm would create an undue hardship for my creditors, myself, and my neighbors. My neighbors, would use my title defect case as a template for their cases.

Hardship

1. Time it would take to find another law firm that would be penalizing the creditors

2. Lack of knowledge of Bankruptcy

3. Lack of Knowledge of how to set up MMM

4. Communication skill set.

5. Cost of hiring another law firm

Bilu Law Firm not to provide any valid reason to resign, much less any reason. The Debtor has not done anything illegal, immoral, or unethical. If there are differences in personalities, then the greater good outweighs overweighs. The good is 19 families homes corrected, 12 mortgages corrected due to title defects.

2-3

3 of 4

Ralph L. Sanders                                                                22-14766-SMG

*[signature]*

Sincerely

Ralph L. Sanders

561 SW 60th ave

Plantation, Fl. 33317

754.801.7097

2-4

**4 of 4**

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF FLORIDA

# Fort Lauderdale Division



In Re

Ralph Levi. Sanders JR.                               Case No. 22-14766-SMG

Chapter 13

Debtor

------------------------------------/

**<u>STRONGLY OBJECT to Bilu Law's Firm request to Withdraw as Counsel on Record. Request the motion to resign be denied due to creating undo hardship and possible financial damage</u>**

While I was investigating my IRS tax issue, I discovered that I had five (5) other years where the IRS claim that I owe money. The amount of money owed is unknown due to I am in bankruptcy, and the online IRS site cannot display the amounts.

**The IRS amount owed for 2015 is $5,000 + interest + service fee.**

**The 2015 tax amount came as a rude surprise. I won't even venture a guess on the amount owed. I live on social security**

| Total Amount Owed | Details By Year | |
|---|---|---|
| View your account information in the Details By Year section. The information provided is based on our current data. The numbers here may not reflect: <br>• Recently filed or processing returns <br>• Pending payments or adjustments <br>• Information on your business account <br>• Installment agreement fees <br><br> **MAKE A PAYMENT** <br><br> Frequently Asked Questions About Balances | **Tax Year** | **You Owe** |
| | ⊕ 2021 | INFO ⓘ |
| | ⊕ 2020 | INFO ⓘ |
| | ⊕ 2019 | INFO ⓘ |
| | ⊕ 2016 | INFO ⓘ |
| | ⊖ 2015 | INFO ⓘ |
| | Income Tax <br><br> ⓘ Your Information Is Not Available at This Time <br> We are unable to display your balance at this time due to the court action and/or bankruptcy associated with your account. | |

**Again, I object to the motion of Bilu's leave as my counselor.**

Sincerely

Ralph L. Sanders

*[signature]*

561 SW 60th ave

Plantation, Fl. 33317

754.801.7097







**WARNING:** Email hacking and fraud are on the rise from hackers to fraudulently misdirect funds. Please call your escrow officer immediately before wiring, using contact information found from an independently-verified source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.

The information contained in this mail is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this email address and then deleting it from your database prior to reviewing the contents of same.

On Tue, Sep 13, 2022 at 12:37 PM ralph sanders <ralph_l_sanders@yahoo.com> wrote:

Attached is my objection

On Tuesday, September 13, 2022 at 10:59:56 AM EDT, ralph sanders <ralph_l_sanders@yahoo.com> wrote:

Nicholas

Please submit the attached file to the BK court **today**. I do not have access to submit files online to the court system.

I think the format is correct.

Thank you
Ralph Sanders

From:    ralph sanders (ralph_l_sanders@yahoo.com)
To:      nrossoletti@bilulaw.com; rbilu@bilulaw.com
Cc:      avalencia@bilulaw.com; johana@bilulaw.com
Date:    Tuesday, September 13, 2022 at 10:59 AM EDT


Nicholas

Please submit the attached file to the BK court **today**. I do not have access to submit files online to the court system.

I think the format is correct.

Thank you
Ralph Sanders

 BK_22_14766_20220913.pdf
2.3MB

From: ralph sanders (ralph_l_sanders@yahoo.com)
To: nrossoletti@bilulaw.com; rbilu@bilulaw.com
Cc: avalencia@bilulaw.com; johana@bilulaw.com
Date: Tuesday, September 13, 2022 at 02:06 PM EDT

Hi All

With this latest IRS find of 5 years of IRS amount owes, I am strongly objecting to your motion to withdraw.

Please submit the attached document to today's court filings since I cannot file it.


BK_22-14766_strongly_object.pdf
1.6MB

From: ralph sanders (ralph_l_sanders@yahoo.com)
To: nrossoletti@bilulaw.com
Cc: rbilu@bilulaw.com; avalencia@bilulaw.com; johana@bilulaw.com
Date: Tuesday, September 13, 2022 at 03:11 PM EDT

Nicholas

It is a non-evendice hearing. Nothing can be presented at the hearing.

Again, please submit my objection.

RLS

On Tuesday, September 13, 2022 at 03:07:40 PM EDT, Nicholas Rossoletti <nrossoletti@bilulaw.com> wrote:

Ralph,

You can present whatever you would like to the court at the hearing on Thursday. I will not be submitting something that misrepresents my position under my name and bar number.

**Nicholas G. Rossoletti, Esquire**

Head of Litigation/Managing Partner - Miami Office

**B I L U  L A W, P.A.**

777 Brickell Avenue

Suite 575

Miami, Florida 33131

P: (954) 596-0669

M: (954) 789-1701

F: (954) 427-1518

NRossoletti@bilulaw.com

www.BiluLaw.com







On Tue, Sep 13, 2022 at 3:06 PM ralph sanders <ralph_l_sanders@yahoo.com> wrote:

Nicholas & Ron

Is Nicholas the Judge?

Again, please submit the paperwork to the court today. Please.

Ralph

On Tuesday, September 13, 2022 at 02:59:13 PM EDT, Nicholas Rossoletti <nrossoletti@bilulaw.com> wrote:

Ralph,

I was clear that I would continue through the date of the withdrawal to attempt to leave the bankruptcy in an orderly manner. Your response misrepresents that we are in agreement with your request to remain your attorney. We are not in agreement with that request and I will not file something that states that I am in agreement with something that I am not. You can present the other arguments but I am not going to submit a document that claims that I am agreeing with the relief sought when I do not agree.

**Nicholas G. Rossoletti, Esquire**

Head of Litigation/Managing Partner - Miami Office

**BILU LAW, P.A.**

777 Brickell Avenue

Suite 575

Miami, Florida 33131

P: (954) 596-0669

M: (954) 789-1701

F: (954) 427-1518

NRossoletti@bilulaw.com

www.BiluLaw.com



**WARNING:** Email hacking and fraud are on the rise from hackers to fraudulently misdirect funds. Please call your escrow officer immediately before wiring, using contact information found from an independently-verified source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.

reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this email address and then deleting it from your database prior to reviewing the contents of same.

On Tue, Sep 13, 2022 at 2:56 PM ralph sanders <ralph_l_sanders@yahoo.com> wrote:

Nicholas

Maybe I am mistaken. In your emails to court or me, didn't you state you are asking for leave and would finish up whatever material there is?

I am asking you again please submit my paperwork. You may not agree. with my paperwork, but that is up to the judge to decide.

Again, Please submit my paperwork since I cannot file the paperwork.

Thank you

I

On Tuesday, September 13, 2022 at 02:48:37 PM EDT, Nicholas Rossoletti <nrossoletti@bilulaw.com> wrote:

Ralph,

I have asked several times this week to file these attached documents and those requests have been ignored. Additionally, I have attached the MMM application and motion prepared by my office. Your response contains information that is inaccurate. The response states in several places that our firm has agreed to remain your counsel. We have done no such thing. In fact, we have repeatedly notified you in writing that we were not agreeing to remain your counsel based on the previously sent emails. I do not agree to this objection nor to the relief requested therein, and I will not file this objection claiming that I have agreed to something that I have clearly not agreed to.

**Nicholas G. Rossoletti, Esquire**

Head of Litigation/Managing Partner - Miami Office

**B I L U  L A W, P.A.**

777 Brickell Avenue

Suite 575

Miami, Florida 33131

P: (954) 596-0669

M: (954) 789-1701

F: (954) 427-1518

NRossoletti@bilulaw.com

www.BiluLaw.com