

**ORDERED in the Southern District of Florida on September 19, 2022.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

In re:

RALPH LEVI SANDERS, JR.,                Case No. 22-14766-SMG
                                        Chapter 13

      Debtor.
_____/

### ORDER GRANTING DEBTOR COUNSEL'S MOTION TO WITHDRAW AND MOTION FOR EXTENSION OF TIME TO COMPLY WITH ALL OUTSTANDING DEADLINES IN THIS MATTER [ECF #20]

THIS CAUSE came before the Court on Thursday, September 15, 2022 at 9:00 a.m. upon Bilu Law, P.A. and Nicholas G. Rossoletti, Esquire's Motion to Withdraw and Motion for Extension of Time to Comply with All Outstanding Deadlines [ECF #20] (the "Motion"). The Court having reviewed the record, reviewed the Motion, reviewed the Objection to the Motion filed by the Debtor, Ralph Levi Sanders, Jr. [ECF #28], and the Affidavit filed by the Debtor,

Ralph Levi Sanders, Jr. [ECF #29], having heard argument of counsel and the debtor at the hearing, and being fully advised in the premises, it is

**ORDERED:**

1. The request for Debtor's counsel to withdraw is **GRANTED**. Ron S. Bilu, Esquire, Nicholas G. Rossoletti, Esquire, Andrea Valencia, Esquire and the law firm of Ron S. Bilu, P.A. a/k/a Bilu Law, P.A. are relieved of all responsibility with respect to this case.

2. All future correspondence for Debtor, Ralph Levi Sanders, Jr., shall be mailed to:

    Ralph Levi Sanders, Jr.
    561 S.W. 60th Avenue
    Plantation, Florida 33317

3. The hearing on the confirmation of the Debtor's 1st Amended Chapter 13 Plan [ECF #23] is continued to Thursday, October 13, 2022 at 9:00 a.m. through Video Conference by Zoom for Government. The hearing scheduled by this Order will take place by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. To participate in the hearing, you must register in advance no later than 3:00 p.m. one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsceqsqzMtG7hezfpqRtlAFR1SzvHObJU

4. The hearing on Debtor, Ralph Levi Sanders, Jr.'s Objection to Claim of the Internal Revenue Service [ECF #24] shall proceed as previously noticed for hearing on October 13, 2022 at 1:00 p.m. through Video Conference by Zoom for Government. The hearing scheduled by this Order will take place by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. To participate in the hearing, you must register in advance no later than 3:00 p.m. one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsceqsqzMtG7hezfpqRtlAFR1SzvHObJU

5. The Debtor shall comply with any and all deadlines associated with this case, which shall otherwise proceed in its normal course.

6. The Debtor's *ore tenus* request for a refund of fees from counsel is **DENIED**.

###

**Submitted by:**

Nicholas G. Rossoletti, Esquire
Bilu Law, P.A.
2760 W. Atlantic Boulevard
Pompano Beach, Florida 33069
Telephone: (954) 596-0669
nrossoletti@bilulaw.com

The party submitting this order shall serve a copy of the signed order on all parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).