## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:   CASE NO.: 22-14766-SMG

RALPH LEVI SANDERS, JR.,   CHAPTER 13

    Debtor.
_____/

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that undersigned counsel hereby enters her appearance in the above-captioned case for the United States of America, on behalf of the Internal Revenue Service, pursuant to Rule 9010(b) the Bankruptcy Rules of Procedure.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

    Respectfully submitted,

    **JUAN ANTONIO GONZALEZ**
    **UNITED STATES ATTORNEY**

By:    /s/*Raychelle A. Tasher*
    RAYCHELLE A. TASHER
    Assistant United States Attorney
    Florida Bar No. 109291
    Raychelle.Tasher@usdoj.gov
    99 N.E. 4th Street, Suite 300
    Miami, Florida 33132
    Telephone: (786) 439-3185
    Facsimile: (305) 530-7139

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

/s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER

## Service List

**VIA CM/ECF Notice:**

**22-14766-SMG Notice will be electronically mailed to:**

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

Gavin N Stewart    bk@stewartlegalgroup.com

Raychelle A. Tasher on behalf of Creditor United States of America, Department of Treasury/Internal Revenue Service
Raychelle.Tasher@usdoj.gov, Shannon.Patterson@usdoj.gov

Robin R Weiner    ecf@ch13weiner.com, ecf2@ch13weiner.com

**VIA U.S. MAIL**:

Ralph Levi Sanders, Jr.
561 S.W. 60th Avenue
Plantation, Florida 33317

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER