# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF FLORIDA

# FORT LAUDERDALE DIVISION

www.flsb.uscourts.gov

In Re:   CHAPTER 13

Ralph Levi Sanders, Jr.,                    CASE NO. 22-14766-SMG
Debtor.

# MOTION FOR A 30-DAY EXTENSION OF CURRENT DUE DATES FOR THE BENEFIT OF MY CREDITORS AND MY 18 NEIGHBORS WHO HAVE THE SAME TITLE TO LAND ISSUE FOR THE FOLLOWING REASONS

1. I did receive a response from Bilu Law firm today. Tuesday, September 27, 2022, at 11:00 AM. I think I got my documents but no access to MMM

2. When an attorney leaves his position, whether, from a corporation or an individual representation, the lawyer has a

Ralph L. Sanders

duty to pass on all information for the continuation of the case to create no undue hardship to the client.

When the Bilu law firm informed me of their intention to withdraw from my case, I asked for, in effect, my case paperwork, any communication they have had with any parties related to my case, what was the status of different items, along an explanation of how the amounts were derived or in the forms that were empty, what is supposed to go into some of the blank fields.

I don't even have access to my MMM or know what is in my folder.

I have emailed the Bilu Law firm numerous times asking about my documents, case file, and how I get access to my MMM. Unfortunately, there have been zero responses from the Bilu Law firm.

**I did receive a response from Bilu Law firm today. I think I got my documents Tuesday, September 27, 2022, at 11:00 AM**

" All procedures and documents for the MMM are located on the Court's website. Any login and password information for the MMM portal and system that we are in possession of

Ralph L. Sanders

belong to this office and are not unique to each file. You will need to register yourself for the MMM portals and procedures and obtain a unique login and password for yourself. We will not be providing you with our log-in and password information. Additionally, as per our previous correspondence, it is highly recommended that you seek out alternative bankruptcy counsel."

> I have the following firms whose actions would benefit my creditors in addition to the items directly related to the hearings that I am asking for a 30-day extension.

1. I retained a homeowner insurance litigation law firm with 24 attorneys and many "Pre-litigation legal assistants." My lender will benefit. My Homeowners Insurance company, Universal Property and Casualty (UPC), is asking for damages that had occurred and proof of repairs from the 2005 hurricane season.
2. Retained Attorney whose practice area is real estate law and property tax law. My creditors and I will benefit.
3. I am waiting for the paperwork I requested from the Internal Revenue Service regarding the IRS lien.

I have/am applying to Bankruptcy Law firms. I am putting help wanted in Craigslist, Thumbtack, Broward Bar, and ??? for

Ralph L. Sanders

legal help to maintain my Chapter 13 and help write up my LMM. I even asked Ron Bilu Law Firm.

I can/will provide a list of law firms I have asked for representation.

Is this supposed to be "Undue Hardship"?

Please Grant me a 30-day extension.

Sincerely

Ralph L. Sanders

561 SW 60th ave

Plantation, Fl. 33317

Cell Phone 754.801.7097

Case: 22-14766-SMG


Ralph L. Sanders