UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                              CASE NO.: 22-14766-SMG

RALPH LEVI SANDERS, JR.,                            CHAPTER 13

    Debtor.
_____/

UNITED STATES OF AMERICA'S
OBJECTION TO CONFIRMATION

The United States of America, by and through its undersigned Assistant United States Attorney, on behalf of the Internal Revenue Service ("IRS"), hereby objects to confirmation of the Debtor's *First Amended Chapter 13* (the "Plan") [D.E. 23] and in support thereof states as follows:

1. On June 20, 2022, Ralph Lee Sanders, Jr., (the "Debtor") filed his voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On July 25, 2022, the IRS filed proof of claim 4-1 (the "Claim") setting forth an unsecured priority claim in the amount of $14,337.83 and an unsecured general claim in the amount of $5,527.83.

3. On September 9, 2022, the Debtor filed the Plan.

4. Section 1322(a)(2) of the Bankruptcy Code states that a plan "shall provide for the full payment, in deferred cash payments, of all claims entitled to priority under section 507 of this title, unless the holder of a particular claim agrees to a different treatment of such claim." 11 U.S.C. § 1322(a)(2). The IRS' claim is entitled to priority treatment pursuant to 11 U.S.C. § 507(a)(8).

5.     The IRS contends that the Debtor's Plan fails to provide for full payment toward the IRS' priority claim.  Further, the Plan fails to provide for the payment of interest on the Claim as required by 11 U.S.C. § 511.

6.     Therefore, the Debtor's Plan cannot be confirmed.

**WHEREFORE**, the United States of America respectfully requests that the Court enter an Order: (i) denying confirmation of the Debtor's Plan; (ii) requiring the Debtor to file a plan that conforms to the Claim as required under the Bankruptcy Code; and (iii) providing for such further relief as this Court deems just and proper.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY**

By:    /s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER
Assistant United States Attorney
Florida Bar No. 109291
Raychelle.Tasher@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (786) 439-3185
Facsimile:  (305) 530 -7139

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

                                                        /s/*Raychelle A. Tasher*
                                                        RAYCHELLE A. TASHER

### Service List

**VIA CM/ECF Notice:**

**22-14766-SMG Notice will be electronically mailed to:**

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

Gavin N Stewart    bk@stewartlegalgroup.com

Raychelle A. Tasher on behalf of Creditor United States of America, Department of Treasury/Internal Revenue Service
Raychelle.Tasher@usdoj.gov, Shannon.Patterson@usdoj.gov

Robin R Weiner    ecf@ch13weiner.com, ecf2@ch13weiner.com

**VIA U.S. MAIL**:

Ralph Levi Sanders, Jr.
561 S.W. 60th Avenue
Plantation, Florida 33317

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

                                                        /s/*Raychelle A. Tasher*
                                                        RAYCHELLE A. TASHER