**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                          CASE NO. 22-14766-SMG
                                                CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

## OBJECTION TO CLAIM 3-1 and Claim 4-1

Additional objections to claims 3-1 and 4-1.
1. The tax returns for the years 2015 and 2016 are on file on the IRS website.
2. Tax return 2015 is exhibit 1
3. Tax return 2016 is exhibit 2
4. Note that both returns are in IRS data layout format
5. Debtor has been on Social Security since the year 2014
6. The data fields for Social Security on both returns are blank.
7. I recall the amount owed on both returns is $0.00
8. From 2014 to 2016, events occurred that changed the category of the monies from taxable to non-taxable
9. The events involved the following parties and lawsuits, including two discrimination actions.
10. The non-social securities monies fall into the following as non-taxable for the following reasons from the IRS website and refer to 26 U.S.C. § 104 with the definition of gross income and what is excluded as taxable.
11. The following material will be used as a reference that monies are non-taxable. I am using my memory from the lawyers. I need a lawyer:
12. EEOC ruling in favor of Debtor discrimination based on Religion and Disability
13. Law firms: Ephraim Hess Employment and Discrimination.  Attorneys Dell & Schaefer, a Chartered Disability law firm
14. Psychiatrist Dr. Ramsey Pevsner and Psychologist Thomas Crum.
15. Federal US District Court of South Florida: Case: 16-cv-60879-FAM
16. To summarize the events,
17.                    explains that all amounts from any source are included in gross income unless a specific exception exists. The two most common exceptions for damages are amounts paid for specific discrimination claims and amounts paid on physical injury.
18.                    explains that gross income does not include damages received on account of personal physical injuries and physical injuries.

LF-70 (rev. 12/01/09)

19.                              permits a taxpayer to exclude from gross income "the amount of
any damages (other than punitive damages) received (whether by suit or agreement
and whether as lump sums or as periodic payments) on account of personal injuries or
physical sickness.

20. The Internal Revenue Service (IRS) issued Revenue Ruling 93-88, providing that
damages (back pay and compensatory) received for disparate treatment
discrimination under Title VII (post Civil Rights Act of 1991), 42 U.S.C. §§ 2000e -
2000e-17, 42 U.S.C. §1981 and the Americans With Disabilities Act (ADA), 42
U.S.C. §§12101-12213, were excluded from gross income under Section
104(a)(2) as damages for personal injury.

................................................................................

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|-----------|------------------|-----------------|-------------------------------------------------|
| 3-1 | Department of the Treasury – Internal Revenue Service | $42,307.92 | The creditor filed an unsecured priority claim in the amount of $14,677.32 for an unfiled 2016 tax return. The Debtor states that this return has been filed. Sustain Objection and limited priority claim to $214.88 for 2012 taxes owing. |

**Served Upon:**

Date: September 6, 2022

Ralph L. Sanders Pro-Se
561 S.W. 60th Ave.
Plantation, Fl. 33317
(954) 535-1131

By:  /s/  Ralph L. Sanders
 Ralph L. Sanders

EXHIBIT 1,



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 09-27-2022
Response Date: 09-27-2022
Tracking Number: 102669532751

Wage and Income Transcript

SSN Provided:   XXX-XX-6171
Tax Period Requested:   December, 2015

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX2080
 SUN
 ONE SU

Employee:
 Employee's Social Security Number:XXX-XX-6171
 RALP SAND
 561 SW

```
Submission Type:..............................................Original document
Wages, Tips and Other Compensation:..................................$45,589.00
Federal Income Tax Withheld:..............................................$0.00
Social Security Wages:....................................................$0.00
Social Security Tax Withheld:.............................................$0.00
Medicare Wages and Tips:..................................................$0.00
Medicare Tax Withheld:....................................................$0.00
Social Security Tips:.....................................................$0.00
Allocated Tips:...........................................................$0.00
Dependent Care Benefits:..................................................$0.00
Deferred Compensation:....................................................$0.00
Code "Q" Nontaxable Combat Pay:...........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:..............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:.....................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:.....................................................................$0.00
Code "R" Employer's Contribution to MSA:..................................$0.00
Code "S" Employer's Contribution to Simple Account:.......................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.......................$0.00
Code "V" Income from exercise of non-statutory stock options:.............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:......$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:......$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:.....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:.....................................................................$0.00
Third Party Sick Pay Indicator:............................................Yes
Retirement Plan Indicator:........................................Unanswered
Statutory Employee:.....................................Not Statutory Employee
```

1-2

Form 5498 Individual Retirement Arrangement Contribution Information

```
Trustee:
 Trustee/Issuer's Federal Identification Number (FIN):XXXXX2833
 SUNT
 PO BOX

Participant:
 Participant's Identification Number:XXX-XX-6171
 SAND RALP L
 561 SW

Submission Type:............................................Original document
Account Number (Optional):...........................................XXXXXX54T7
IRA Contributions:......................................................$0.00
Rollover Contributions:.................................................$0.00
Roth Conversion Amount:.................................................$0.00
Recharacterized Contributions:..........................................$0.00
Fair Market Value of Account:...........................................$1.00
Life Insurance Cost Included in Box 1:..................................$0.00
SEP Code:..........................................................Not Checked
IRA Code:..............................................................Checked
Simple Code:.......................................................Not Checked
Roth IRA Code:.....................................................Not Checked
RMD For Subsequent Year:...................................RMD box not checked
RMD Date:...........................................................00-00-0000
Year:.................................................................
Postponed Contribution Code:...........................................
Repayments Code:.......................................................
SEP Contributions:......................................................$0.00
SIMPLE Contributions:...................................................$0.00
Roth IRA Contributions:.................................................$0.00
Required Minimum Distribution Amount:...................................$0.00
Postponed Contributions:................................................$0.00
Repayment of a qualified reservist distribution or federally designated
disaster withdrawal repayment:..........................................$0.00
```

Form 5498 Individual Retirement Arrangement Contribution Information

```
Trustee:
 Trustee/Issuer's Federal Identification Number (FIN):XXXXX7782
 CHAR
 211 MA

Participant:
 Participant's Identification Number:XXX-XX-6171
 RALP L SAND
 561 SW

Submission Type:............................................Original document
Account Number (Optional):...........................................XXXX9312
IRA Contributions:......................................................$0.00
Rollover Contributions:.................................................$0.00
Roth Conversion Amount:.................................................$0.00
Recharacterized Contributions:..........................................$0.00
Fair Market Value of Account:........................................$9,670.00
Life Insurance Cost Included in Box 1:..................................$0.00
SEP Code:..........................................................Not Checked
IRA Code:..............................................................Checked
```

```
Simple Code:..........................................................Not Checked
Roth IRA Code:.......................................................Not Checked
RMD For Subsequent Year:.....................................RMD box not checked
RMD Date:...........................................................00-00-0000
Year:...................................................................
Postponed Contribution Code:............................................
Repayments Code:........................................................
SEP Contributions:..........................................................$0.00
SIMPLE Contributions:.......................................................$0.00
Roth IRA Contributions:.....................................................$0.00
Required Minimum Distribution Amount:.......................................$0.00
Postponed Contributions:....................................................$0.00
Repayment of a qualified reservist distribution or federally designated
disaster withdrawal repayment:..............................................$0.00
```

Form 1098 Mortgage Interest Statement

```
Recipient/Lender:
 Recipient's Federal Identification Number (FIN):XXXXX7393
 WELL
 1 HOME

Payer/Borrower:
 Payer's Social Security Number:XXX-XX-6171
 RALP L SAND
 561 SW
```

```
Submission Type:..............................................Original document
Account Number (Optional):.........................................XXXXXXXXX9122
Mortgage Interest Received from Payer(s)/Borrower(s):................$13,809.00
Points Paid on Purchase of Principal Residence:...........................$0.00
Refund of Overpaid Interest:..............................................$0.00
```

Form SSA-1099 Benefits Statement

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX4813
 SOCI

Payee:
 Payee's Identification Number:XXX-XX-6171
 RALP L SAND
 561 SW
```

```
Submission Type:..............................................Original document
Account Number (Optional):..................................................N/A
Pensions and Annuities (Total Benefits Paid):........................$42,196.00
Tax Withheld:.............................................................0.00
Repayments:..............................................................0.00
Workman's Compensation Offset:...........................................0.00
TY 2014 Payments:...................................................$13,902.00
TY 2013 Payments:........................................................0.00
TY 2012 Payments:........................................................0.00
TY 2011 Payments:........................................................0.00
Trust Fund Indicator:..............................................Disability
SSA/RRB Payments:...................................Either RRB or SSA payments
```

Form 1099-INT

Payer:
 Payer's Federal Identification Number (FIN):XXXXX8424
 U S
 1111 C

Recipient:
 Recipient's Identification Number:XXX-XX-6171
 RALP L & VIRP DEC SAND
 561 SW

```
Submission Type:.............................................Original document
Account Number (Optional):....................................................
Interest:...............................................................$18.00
Tax Withheld:...........................................................$0.00
Savings Bonds:..........................................................$0.00
Investment Expense:.....................................................$0.00
Interest Forfeiture:....................................................$0.00
Foreign Tax Paid:.......................................................$0.00
Tax-Exempt Interest:....................................................$0.00
Specified Private Activity Bond Interest:...............................$0.00
Market Discount:........................................................$0.00
Bond Premium:...........................................................$0.00
Bond Premium on Tax Exempt Bond:........................................$0.00
Second Notice Indicator:.....................................No Second Notice
Foreign Country or US Possession:.............................................
CUSIP Number:....................................................XXXXXXXXX0000
FATCA Filing Requirement:................Box not checked no Filing Requirement
```

Form 1099-R Distributions from Pensions, Annuities, Retire or  Profit-Sharing Plan

 Payer:
  Payer's Federal Identification Number (FIN):XXXXX7782
  CHAR
  211 MA

 Recipient:
  Recipient's Identification Number:XXX-XX-6171
  RALP L SAND
  561 SW

```
Submission Type:.............................................Original document
Account Number (Optional):...........................................XXXX9312
Distribution Code Value:....................................Normal distribution
Distribution Code:...........................................................7
Distribution Code Value:........................................Not significant
Distribution Code:.......................................................Blank
Tax Amount Undetermined Code:.........................Tax amount not determined
Total Distribution Code:.............................................Not checked
First Year Roth Contribution:...............................................0000
SEP Indicator:.......................................IRA/SEP/SIMP box checked
Tax Withheld:...........................................................$0.00
Total Employee Contributions:...........................................$0.00
Unrealized Appreciation:................................................$0.00
Other Income:...........................................................$0.00
Gross Distribution:.................................................$36,750.00
Taxable Amount:.....................................................$36,750.00
```

```
Eligible Capital Gains:...................................................$0.00
Amount to IRR:..........................................................$0.00
```

This Product Contains Sensitive Taxpayer Data

$E \times H / O I T$   $2-1$

**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 10-06-2022
Response Date: 10-06-2022
Tracking Number: 102728565511

Wage and Income Transcript

SSN Provided:   XXX-XX-6171
Tax Period Requested:   December, 2016

Form W-2 Wage and Tax Statement

Employer:
  Employer Identification Number (EIN):XXXXX2080
  SUN
  ONE SU

Employee:
  Employee's Social Security Number:XXX-XX-6171
  RALP SAND
  561 SW

Submission Type:.............................................Original document
Wages, Tips and Other Compensation:.................................$35,000.00
Federal Income Tax Withheld:.............................................$0.00
Social Security Wages:...................................................$0.00
Social Security Tax Withheld:............................................$0.00
Medicare Wages and Tips:.................................................$0.00
Medicare Tax Withheld:...................................................$0.00
Social Security Tips:....................................................$0.00
Allocated Tips:..........................................................$0.00
Dependent Care Benefits:.................................................$0.00
Deferred Compensation:...................................................$0.00
Code "Q" Nontaxable Combat Pay:..........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:.............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:....................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:....................................................................$0.00
Code "R" Employer's Contribution to MSA:.................................$0.00
Code "S" Employer's Contribution to Simple Account:......................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:......................$0.00
Code "V" Income from exercise of non-statutory stock options:............$0.00
Code "AA" Designated Roth Contributions to a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:....................................................................$0.00
Third Party Sick Pay Indicator:...........................................Yes
Retirement Plan Indicator:.........................................Unanswered
Statutory Employee:.....................................Not Statutory Employee
W2 Submission Type:..................................................Original

Form 5498 Individual Retirement Arrangement Contribution Information

Trustee:
 Trustee/Issuer's Federal Identification Number (FIN):XXXXX2833
 SUNT
 PO BOX

Participant:
 Participant's Identification Number:XXX-XX-6171
 SAND RALP L
 561 SW

Submission Type:...........................................Original document
Account Number (Optional):.......................................XXXXXX04T1
IRA Contributions:....................................................$0.00
Rollover Contributions:...............................................$0.00
Roth Conversion Amount:...............................................$0.00
Recharacterized Contributions:........................................$0.00
Fair Market Value of Account:.........................................$1.00
Life Insurance Cost Included in Box 1:................................$0.00
SEP Code:........................................................Not Checked
IRA Code:...........................................................Checked
Simple Code:.....................................................Not Checked
Roth IRA Code:...................................................Not Checked
RMD For Subsequent Year:.................................RMD box not checked
RMD Date:........................................................00-00-0000
Year:...................................................................
Postponed Contribution Code:..........................................
Repayments Code:......................................................
Fair Market Value of certain specified assets:..........................N/A
SEP Contributions:....................................................$0.00
SIMPLE Contributions:.................................................$0.00
Roth IRA Contributions:...............................................$0.00
Required Minimum Distribution Amount:.................................$0.00
Postponed Contributions:..............................................$0.00
Repayment of a qualified reservist distribution or federally designated
disaster withdrawal repayment:........................................$0.00
Fair Market Value of Certain Specified Assets:........................$0.00


Form 1098 Mortgage Interest Statement

Recipient/Lender:
 Recipient's Federal Identification Number (FIN):XXXXX7393
 WELL
 1 HOME

Payer/Borrower:
 Payer's Social Security Number:XXX-XX-6171
 RALP L SAND
 561 SW

Submission Type:...........................................Original document
Account Number (Optional):......................................XXXXXXXXX9122
Mortgage Interest Received from Payer(s)/Borrower(s):...............$12,227.00
Points Paid on Purchase of Principal Residence:.........................$0.00
Refund of Overpaid Interest:............................................$0.00

```
Outstanding Mortgage Principle:....................................$279,459.00
Mortgage Origination Date:..........................................04-11-2005
Property Address Verification:................................................
Address of property securing Mortgage:..................................561 SW
Description of Property:......................................................
Other information from recipient:............................................
```

Form SSA-1099 Benefits Statement

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX4813
 SOCI

Payee:
 Payee's Identification Number:XXX-XX-6171
 RALP L SAND
 561 SW
```

```
Submission Type:...........................................Original document
Account Number (Optional):.................................................N/A
Pensions and Annuities (Total Benefits Paid):.......................$28,301.00
Tax Withheld:.............................................................0.00
Repayments:..............................................................0.00
Workman's Compensation Offset:...........................................0.00
TY 2015 Payments:........................................................0.00
TY 2014 Payments:........................................................0.00
TY 2013 Payments:........................................................0.00
TY 2012 Payments:........................................................0.00
Trust Fund Indicator:..............................................Disability
SSA/RRB Payments:..................................Either RRB or SSA payments
```

Form 1099-R Distributions from Pensions, Annuities, Retire or  Profit-Sharing Plan

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX7782
 CHAR
 9800 S

Recipient:
 Recipient's Identification Number:XXX-XX-6171
 RALP L SAND
 561 SW
```

```
Submission Type:...........................................Original document
Account Number (Optional):..........................................XXXX9312
Distribution Code Value:...................................Normal distribution
Distribution Code:.............................................................7
Distribution Code Value:.......................................Not significant
Distribution Code:.........................................................Blank
Tax Amount Undetermined Code:........................Tax amount not determined
Total Distribution Code:...................................Not checked
First Year Roth Contribution:.................................................0000
SEP Indicator:.......................................IRA/SEP/SIMP box checked
FATCA Indicator:......................................................not FATCA
Tax Withheld:............................................................$0.00
Total Employee Contributions:...........................................$0.00
Unrealized Appreciation:................................................$0.00
```

```
Gross Distribution:....................................................$9,670.00
Taxable Amount:.......................................................$9,670.00
Eligible Capital Gains:...................................................$0.00
Amount to IRR:...........................................................$0.00
```

This Product Contains Sensitive Taxpayer Data

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

*EXHIBIT 31*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS
RALPH SANDERS

## DEFENDANTS
SUN LIFE ASSURANCE COMPANY OF CANADA

**(b)** County of Residence of First Listed Plaintiff **Broward County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stephen F. Jessup, Dell & Schaefer, Chartered, 2404 Hollywood Blvd., Hollywood, Florida 33020; (954) 620-8300

Attorneys *(If Known)*

**(d)** Check County Where Action Arose:  ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☑ 3 Federal Question (U.S. Government Not a Party) | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | **PERSONAL INJURY** | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 891 Agricultural Acts |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 893 Environmental Matters |
| | | | ☐ 790 Other Labor Litigation | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☑ 791 Empl. Ret. Inc. Security Act | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | **IMMIGRATION** | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed (See VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district *(specify)*  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment  ☐ 8 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)
*(See instructions):*
a) Re-filed Case ☐YES ☑NO   b) Related Cases ☐YES ☑NO
JUDGE                                    DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity):*
29 USC 1132
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

DATE
April 21, 2016

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #          AMOUNT          IFP          JUDGE          MAG JUDGE

3.2

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

RALPH SANDERS,

     Plaintiff,

vs.

SUN LIFE ASSURANCE COMPANY OF
CANADA,

     Defendant.

_____

## **COMPLAINT**

The Plaintiff, Ralph Sanders ("SANDERS"), by and through the undersigned counsel,

hereby sues Sun Life Assurance Company of Canada and alleges:

## **PRELIMINARY ALLEGATIONS**

1.     "Jurisdiction" – This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g)

of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves a

claim by a Plaintiff for employee benefits under and employee benefit plan regulated and

governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C.

§ 1331 as this action involves a federal question. This action is brought for the purpose of

recovering benefits under the terms of an employee benefit plan, and to clarify Plaintiff's rights

under the employee benefit plan administered and funded by the Defendant. Plaintiff seeks relief,

including, but not limited to, payment of benefits, pre-judgment and post-judgment interest,

reinstatement of plan benefits at issue herein, and attorney's fees and costs.

2.     SANDERS was at all times relevant a plan participant under the Temenos USA

3.3

Inc. Group Term Insurance Policy, Policy No.: 212290 ("LTD" Plan).[1]

3.    Defendant, SUN LIFE, is a corporation with its principal place of business in the State of Massachusetts, authorized to transact and transacting business in the Southern District of Florida. SUN LIFE is the insurer of benefits under the Temenos USA Inc. LTD Plan and acted in the capacity of a plan administrator. As the decisionmaker and payor of plan benefits, SUN LIFE administered the claim with a conflict of interest and the bias this created affected the claims determination.

4.    The SUN LIFE LTD Plan is an employee welfare benefit plan regulated by ERISA, established by Temenos USA Inc. under which SANDERS was a participant, and pursuant to which SANDERS is entitled to Long Term Disability benefits ("LTD benefits").

5.    Pursuant to the terms and conditions of the LTD Plan, SANDERS is entitled to LTD benefits for the duration of the Plaintiff's disability, for so long as SANDERS remains disabled as required under the terms and conditions of the LTD Plan.

6.    Venue is proper in this district under 29 U.S.C. 1132(e)(2), in that defendant, SUN LIFE, is authorized to and is doing business within the Southern District of Florida and SANDERS is a resident of Broward County, Florida.

## CLAIM FOR BENEFITS, ENFORCEMENT AND CLARIFICATION OF RIGHTS, PREJUDGMENT AND POSTJUDGMENT INTEREST AND ATTORNEY'S FEES AND COSTS PURSUANT TO 29 U.S.C. §1132(a)(1)(B)

7.    SANDERS incorporates by reference all preceding paragraphs as though fully set forth herein.

8.    At all times relevant, SANDERS was an employee or former employee of Temenos USA Inc. and a plan participant under the terms and conditions of the LTD Plan.

9.    During the course of SANDERS's employment, SANDERS became entitled to

---

[1] A copy of the LTD Plan is attached as Exhibit "A"

3-4

benefits under the terms and conditions of the LTD Plan. Specifically, while SANDERS was covered under the LTD Plan, SANDERS suffered a disability as a result of a Sickness as defined by the policy, rendering him disabled as defined under the terms of the LTD Plan. Due to concerns of privacy, the nature of his disabling condition is discussed in detail within the administrative record.

10.     SANDERS worked for Temenos in his capacity as a Data Migration Coordinator/Technical Consultant.

11.     Disability is defined under the LTD Plan to mean the Employee, because of Injury or Sickness, is (1) unable to perform the material and substantial duties of his own occupation and (2) is not engaged in any occupation for wage or profit.

12.     Material and Substantial Duties means, but is not limited to, the essential tasks, functions, skills or responsibilities required by employers for the performance of the Employee's Own Occupation. Material and Substantial Duties does not include any tasks, functions, skills or responsibilities that could be reasonably modified or omitted from the Employee's Own Occupation.

13.     Own Occupation means the usual and customary employment, business, trade, profession or vocation that the Employee performed as it is generally recognized in the national economy immediately prior to the first date Total or Partial Disability began. Own Occupation is not limited to the job or position the Employee performed for the Employer or performed at any specific location.

14.     The LTD Plan also contains 24 month limitations on LTD benefits for disabilities caused by Mental Illness and Musculoskeletal and Connective Tissue Illness.

15.     Pursuant to the terms of the LTD Plan, SANDERS notified SUN LIFE of him

3-5

intent to file a claim for long term disability benefits with an effective date of disability of August 29, 2013, with an effective date of disability following the 180 day elimination period under the LTD plan of March 5, 2014.

16.     SUN LIFE initially denied SANDERS' claim for LTD benefits on August 12, 2014, due to a lack of medical support and Temenos's failure to provide necessary information.

17.     Through counsel SANDERS appealed this adverse determination on December 15, 2014.

18.     On January 21, 2015, SUN LIFE approved benefits for a limited time through August 31, 2014, and notified SANDERS that his benefits beyond that date were subject to further review of additional updated medical records from September 1, 2014 forward.

19.     Following additional review of medical information SUN LIFE advised SANDERS on May 18, 2015, that claim for benefits was only approved through January 12, 2015, and denied the remainder of his claim.

20.     On November 13, 2015, SANDERS properly appealed this adverse determination.

21.     On January 12, 2016, SUN LIFE notified SANDERS that it was upholding the denial of his claim for benefits.

22.     SANDERS has exhausted his administrative remedies.

23.     SUN LIFE breached the LTD Plan and violated ERISA in the following respects:

   a.   Failing to pay LTD benefits to SANDERS at a time when SUN LIFE and the LTD Plan knew, or should have known, that Plaintiff was entitled to those benefits under the terms of the LTD Plan, as SANDERS was disabled and unable to work and therefore entitled to benefits.

   b.   After SANDERS's claim was denied in whole or in part, SUN LIFE failed to

adequately describe to SANDERS any additional material or information necessary for SANDERS to perfect his claim along with an explanation of why such material is or was necessary.

c. SUN LIFE failed to properly and adequately investigate the merits of SANDERS's disability claim and failed to provide a full and fair review of SANDERS's claim at the time of the initial termination of benefits.

24.    SANDERS believes and alleges that SUN LIFE wrongfully denied his claim for LTD benefits under the LTD Plan by other acts or omissions of which SANDERS is presently unaware, but which may be discovered in this future litigation and which SANDERS will immediately make SUN LIFE aware of once said acts or omissions are discovered by SANDERS.

25.    As a proximate result of the aforementioned wrongful conduct of SUN LIFE under the LTD Plan, SANDERS has damages for loss of disability benefits in a total sum to be shown at the time of trial.

26.    As a further direct and proximate result of this improper determination regarding SANDERS's claim for benefits, SANDERS, in pursuing this action, has been required to incur attorney's fees and costs. Pursuant to 29 U.S.C. § 1132(g)(1), SANDERS is entitled to have such fees and costs paid by SUN LIFE.

27.    The wrongful conduct of SUN LIFE has created uncertainty where none should exist; therefore, SANDERS is entitled to enforce his rights under the terms of the LTD Plan and to clarify his rights to future benefits under the LTD Plan.

## REQUEST FOR RELIEF

WHEREFORE, Ralph Sanders prays for relief against Sun Life Assurance Company of

Canada as follows:

1.      Payment of disability benefits due Plaintiff;

2.      An order declaring that Plaintiff is entitled to immediate reinstatement to the LTD

Plan with all ancillary benefits to which he is entitled by virtue of his disability, and that benefits

are to continue to be paid under the LTD Plan for so long as Plaintiff remains disabled under the

terms of the LTD Plan;

3.      In the alternative to the relief sought in paragraphs 1 and 2, an order remanding

Plaintiff's claim to the claims administrator to the extent any new facts or submissions are to be

considered;

4.      Pursuant to 29 U.S.C. § 1132(g), payment of all attorney's fees and costs incurred

in pursuing this action;

5.      Payment of prejudgment and post-judgment interest as allowed for under ERISA;

and

6.      Such other and further relief as this Court deems just and proper.

DATED: April 21, 2016.

                                ATTORNEYS DELL AND SCHAEFER,
                                CHARTERED
                                Attorneys for Plaintiff
                                2404 Hollywood Boulevard
                                Hollywood, FL 33020
                                Telephone: (954) 620-8300


                                   /s/ Stephen F. Jessup
                                STEPHEN F. JESSUP, ESQUIRE
                                Florida Bar No.: 0026264
                                Email: stephen@diattorney.com

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:
- [ ] FEPA
- [X] EEOC  **510-2018-06017**

**Florida Commission On Human Relations** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Ralph L. Sanders** | **(954) 701-7097** | **1954** |

Street Address      City, State and ZIP Code

**561 S.W. 60th Ave, Plantation, FL 33317**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **TEMENOS** | **Unknown** | **(610) 232-2800** |

Street Address      City, State and ZIP Code

**40 General Warren Blvd,  Malvern, PA 19355**

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

- [ ] RACE
- [ ] COLOR
- [ ] SEX
- [X] RELIGION
- [X] NATIONAL ORIGIN
- [ ] RETALIATION
- [ ] AGE
- [X] DISABILITY
- [ ] GENETIC INFORMATION
- [ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **08-01-2013**    Latest: **08-01-2013**

- [ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I. I am a Disabled Jewish individual. I was hired by the above mentioned company on or about 2001 as a Data Migration Coordinator, until I was terminated on or about August 2013. On or about 2012, I was instructed to work in Saudi Arabia on a Business Visa (which is illegal as per the US State Department and the Saudi Government), instead of on a Work Permit, and I told my employer that I could not go to work on Saudi Arabia because they are a very anti-semitic country. On August 2013 I was instructed to attend but could not go to a conference in Orlando, Florida due to my disability.**

**II. I was given several reasons for my termination by different HR Directors. Some of them were that: In 2013 I was told that the position was eliminated; In September 2013 I was told that I was terminated due to performance; in 2017 I was told that I was terminated for being late for phone calls, behavior and projects not being on time; in late 2017 the motion for summary judgement stated that I was terminated due to not attending the Orlando meeting, and because I did not go to work in Saudi Arabia.**

**III. I believe that I am being discriminated against because of my national origin, Jewish, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe that I am being discriminated against because of my disability, in violation of the Americans with Disability Act of 1990, Titles I and V as amended.**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

**Sep 04, 2018**
Date

*Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

*Ex 4.2*

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

#### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

#### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.