## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:                                                 CASE NO.: 22-14766-SMG

RALPH LEVI SANDERS, JR.,            CHAPTER 13

    Debtor.

_____/

## UNITED STATES OF AMERICA'S RESPONSE
## TO DEBTOR'S OBJECTION TO CLAIM #4

The United States of America, by and through the undersigned Assistant United States Attorney, on behalf of the Internal Revenue Service (the "IRS"), responds to the Debtor's *Objection to Proof of Claim 4* (the "Objection") [D.E. 24] and in support thereof states as follows:

1. On June 20, 2022, Ralph Levi Sanders, Jr., (the "Debtor") filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On July 25, 2022, the IRS filed proof of claim 4-1 (the "Claim") setting forth an unsecured priority claim in the amount of $14,337.83 and an unsecured general claim in the amount of $5,527.83.

3. On September 9, 2022, the Debtor filed an Objection [D.E. 24] stating that the Debtor objects to the priority claim of $14,337.83. The Debtor did not owe sufficient income for this tax amount, and he believes it relates back to an issue that he had with identity theft. As such, the Debtor objects to the claim, with the exception of $247.11 in priority tax from 2012. The remaining amounts should be stricken as a priority claim. *See* Objection.

4. The IRS contends that their system shows no identity theft issues for tax years 2015 and 2016. The address on IDRS coincides with the tax returns that Debtor states were ID theft

issues. If the Debtor has not already done so, the IRS has certain procedures to follow if identity theft is an issue. The following is the link that Debtor should use: https://www.irs.gov/newsroom/taxpayer-guide-to-identity-theft

5. Further, the Claim was filed in accordance with Rule 3001 of the Federal Rules of Bankruptcy Procedure and, thus, the Claim constitutes *prima facie* evidence of the validity and amount of the claim. Fed. R. Bank. P. 3001(f); *In re Moreno*, 341 B.R. 813, 817 (Bankr. S.D. Fla. 2006) ("A proof of claim that meets the above standard along with the others imposed in Rule 3001, 'shall constitute prima facie evidence of the validity and amount of the claim.'").

6. Here, the Debtor has offered no countervailing evidence that rebuts the *prima facie* validity of the Claim. Thus, the Claim is "strong enough to carry over a mere formal objection without more." *In re Holm*, 931 F.2d 620, 623 (9th Cir. 1991).

7. Accordingly, the Claim should be allowed as filed and the Debtor's Objection should be overruled.

**WHEREFORE**, the IRS requests that the Debtor's Objection to Claim be overruled and any further relief this Court deems just and proper.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**
**UNITED STATES ATTORNEY**

By:   /s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER
Assistant United States Attorney
Florida Bar No. 109291
Raychelle.Tasher@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (786) 439-3185
Facsimile: (305) 530-7139

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

/s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER

### Service List

**VIA CM/ECF Notice:**

**22-14766-SMG Notice will be electronically mailed to:**

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

Gavin N Stewart    bk@stewartlegalgroup.com

Raychelle A. Tasher on behalf of Creditor United States of America, Department of Treasury/Internal Revenue Service
Raychelle.Tasher@usdoj.gov, Shannon.Patterson@usdoj.gov

Robin R Weiner    ecf@ch13weiner.com, ecf2@ch13weiner.com

**VIA U.S. MAIL**:

Ralph Levi Sanders, Jr.
561 S.W. 60th Avenue
Plantation, Florida 33317

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER

3