

**ORDERED in the Southern District of Florida on October 13, 2022.**

*[signature]*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Ralph Levi Sanders, Jr., | Case No.: 22-14766-SMG |
| Debtor. | |
| _____/ | |

### ORDER DENYING AS MOOT
### DEBTOR'S MOTION FOR EXTENSION OF DUE DATES

**THIS MATTER** came before the Court for a hearing on October 13, 2022, upon the *Motion for Extension of Due Dates* (ECF No. 37) filed *pro se* by Ralph Levi Sanders, Jr. (the "Debtor"). The Debtor appeared *via* Zoom at the hearing, along with counsel for the chapter 13 trustee. The Court, noting the continuance of the confirmation hearing and the hearing date of the *Objection to Claim* (ECF No. 41) and for the reasons stated on the record at the hearing, hereby **ORDERS** that The Debtor's *Motion for Extension of Due Dates* is **DENIED AS MOOT**.

###

Copies furnished to:

Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

Robin R Weiner, Trustee

AUST

All other interested parties