United States Bankruptcy Court
Southern District of Florida

In re:  
Ralph Levi Sanders, Jr.  
    Debtor

Case No. 22-14766-SMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 3  
Date Rcvd: Oct 13, 2022      Form ID: CGFCRD3Z      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph Levi Sanders, Jr., 561 SW 60 Ave., Plantation, FL 33317-3947 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 5703, Clearwater, FL 33758-5703 |
| 96619113 | | Broward Medical Associates, 7390 S.W. 5th Street, Plantation, FL 33317 |
| 96619105 | + | City of Plantation Code Enforcement, 451 N.W. 70th Terrace, Plantation, FL 33317-2239 |
| 96619115 | + | City of Plantation, FL, POB 918557, Orlando, FL 32891-0001 |
| 96619117 | + | Dr. Ramsey Pevsner, 7469 N.W. 4th Street, Plantation, FL 33317-2216 |
| 96619125 | + | Inphynet South Broward, Inc., P.O. Box 740022, Cincinnati, OH 45274-0022 |
| 96619110 | + | Law Office of Gary Gassel, P.A., 2191 Ringling Blvd., Sarasota, FL 34237-7003 |
| 96619126 | + | MD Now Medical Center, 2007 Palm Beach Lakes Blvd, West Palm Beach, FL 33409-6501 |
| 96619122 | + | Memorial Physicians Group, P.O. Box 58015, Raleigh, NC 27658-8015 |
| 96619108 | + | Small Business Administration, Special Assistant US Attorney, 200 W. Santana Ana Blvd., Suite 180, Santa Ana, CA 92701-4134 |
| 96619129 | + | Tenet Florida Physicians Service, P.O. Box 100198, Atlanta, GA 30384-0198 |
| 96619124 | + | Westside Regional Medical Center, P.O. Box 99008, Bedford, TX 76095-9108 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: swulfekuhle@broward.org | Oct 13 2022 23:17:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1818 |
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Oct 13 2022 23:17:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 23:26:44 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Oct 13 2022 23:18:00 | United States of America, Small Business Administr, c/o Raychell Tasher, Assistant U.S. Attorney, 99 NE 4th Street, Third Floor, Miami, FL 33132-2131 |
| 96619112 | ^ | MEBN | Oct 13 2022 23:15:13 | ARS/Account Resolution Specialists, P.O. Box 459079, Sunrise, FL 33345-9079 |
| 96619114 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2022 23:26:59 | Citibank, ATTN: Centralized Bankruptcy, POB 20507, Kansas City, MO 64195 |
| 96619116 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2022 23:26:03 | Credit One Bank, P.O. Bank 98873, Las Vegas, NV 89193-8873 |
| 96619118 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 13 2022 23:19:00 | Flagship Credit Acceptance, P.O. Box 965, Chadds Ford, PA 19317-0643 |
| 96619119 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 13 2022 23:20:00 | Genesis FS Card Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 96619128 | ^ | MEBN | Oct 13 2022 23:15:53 | Honorable Merrick B. Garland, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC |

| District/off: 113C-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2022 | Form ID: CGFCRD3Z | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 96619120 | | Email/Text: Bankruptcy@ICSystem.com | Oct 13 2022 23:18:00 | 20530-0009<br>IC Systems, Inc., ATTN: Bankruptcy, POB 64378, Saint Paul, MN 55164 |
| 96619111 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2022 23:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, P.A. 19101-7346 |
| 96654817 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 23:26:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 96619121 | + | Email/Text: MDSBankruptcies@meddatsys.com | Oct 13 2022 23:18:00 | Medical Data System (MDS), 2001 9th Ave., #312, Vero Beach, FL 32960-6413 |
| 96619123 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2022 23:19:00 | Midland Funding, 8875 Aero Drive, #200, San Diego, CA 92123-2255 |
| 96629257 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 23:26:10 | Plantation General Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 96655911 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2022 23:19:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 96619131 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 23:26:10 | Resurgent Capital Services, P.O. Box 1927, Greenville, SC 29602-1927 |
| 96619106 | + | Email/Text: bankruptcynotices@sba.gov | Oct 13 2022 23:17:00 | Small Business Administration, 409 Third Street S.W., Washington, D.C. 20416-0002 |
| 96619109 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 13 2022 23:18:00 | Specialized Loan Servicing, 6200 S Quebec St., Greenwood Village, CO 80111-4720 |
| 96619130 | + | Email/Text: sprechman@ebn.phinsolutions.com | Oct 13 2022 23:19:00 | Sprechman & Fisher, P.A., 2775 Sunny Isles Blvd.., #100, North Miami Beach, FL 33160-4078 |
| 96684595 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 13 2022 23:18:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado 80111-4720 |
| 96619127 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Oct 13 2022 23:18:00 | Honorable Juan Antonio Gonzalez, United States Attorney Southern District, United States Attorneys Office, 99 N.E. 4th Street, Miami, FL 33132 |
| 96648174 | + | Email/Text: ndlrc.legal@sba.gov | Oct 13 2022 23:18:00 | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |
| 96619107 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 13 2022 23:26:26 | Wells Fargo Bank, N.A., 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 96621214 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 23:27:00 | Westside Regional Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 13, 2022 | Form ID: CGFCRD3Z | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin N Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Raychelle A Tasher | on behalf of Creditor United States of America  Small Business Administration Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |
| Raychelle A Tasher | on behalf of Creditor United States of America Internal Revenue Service Raychelle.Tasher@usdoj.gov Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com  ecf2@ch13weiner.com |

TOTAL: 5

Form CGFCRD3Z  (06/11/22)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22−14766−SMG

Chapter: 13

**In re:**
Ralph Levi Sanders Jr.
561 SW 60 Ave.
Plantation, FL 33317
SSN: xxx−xx−6171

## NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Scott M Grossman to consider the following:

**Objection to Claim of Internal Revenue Service [# 4−1], Filed by Debtor Ralph Levi Sanders Jr. (Rossoletti, Nicholas) (24)**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** November 10, 2022
   **Time:** 01:00 PM
   **Location:** Video Conference by Zoom for Government

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJIsceqsqzMtG7hezfpqRtlAFR1SzvHObJU

4. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

**Dated: 10/13/22**                                **CLERK OF COURT**
                                                   By: Edy Gomez
                                                   Courtroom Deputy