United States Bankruptcy Court
Southern District of Florida

In re:  
Ralph Levi Sanders, Jr.  
    Debtor

Case No. 22-14766-SMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-0        User: admin        Page 1 of 3  
Date Rcvd: Oct 14, 2022        Form ID: pdf004        Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph Levi Sanders, Jr., 561 SW 60 Ave., Plantation, FL 33317-3947 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 5703, Clearwater, FL 33758-5703 |
| 96619113 | | Broward Medical Associates, 7390 S.W. 5th Street, Plantation, FL 33317 |
| 96619105 | + | City of Plantation Code Enforcement, 451 N.W. 70th Terrace, Plantation, FL 33317-2239 |
| 96619115 | + | City of Plantation, FL, POB 918557, Orlando, FL 32891-0001 |
| 96619117 | + | Dr. Ramsey Pevsner, 7469 N.W. 4th Street, Plantation, FL 33317-2216 |
| 96619125 | + | Inphynet South Broward, Inc., P.O. Box 740022, Cincinnati, OH 45274-0022 |
| 96619110 | + | Law Office of Gary Gassel, P.A., 2191 Ringling Blvd., Sarasota, FL 34237-7003 |
| 96619126 | + | MD Now Medical Center, 2007 Palm Beach Lakes Blvd, West Palm Beach, FL 33409-6501 |
| 96619122 | + | Memorial Physicians Group, P.O. Box 58015, Raleigh, NC 27658-8015 |
| 96619108 | + | Small Business Administration, Special Assistant US Attorney, 200 W. Santana Ana Blvd., Suite 180, Santa Ana, CA 92701-4134 |
| 96619129 | + | Tenet Florida Physicians Service, P.O. Box 100198, Atlanta, GA 30384-0198 |
| 96619124 | + | Westside Regional Medical Center, P.O. Box 99008, Bedford, TX 76095-9108 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2022 23:05:34 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Oct 14 2022 22:58:00 | United States of America, Small Business Administr, c/o Raychell Tasher, Assistant U.S. Attorney, 99 NE 4th Street, Third Floor, Miami, FL 33132-2131 |
| 96619112 | ^ | MEBN | Oct 14 2022 22:54:21 | ARS/Account Resolution Specialists, P.O. Box 459079, Sunrise, FL 33345-9079 |
| 96619114 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2022 23:05:39 | Citibank, ATTN: Centralized Bankruptcy, POB 20507, Kansas City, MO 64195 |
| 96619116 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2022 23:05:35 | Credit One Bank, P.O. Bank 98873, Las Vegas, NV 89193-8873 |
| 96619118 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 14 2022 22:59:00 | Flagship Credit Acceptance, P.O. Box 965, Chadds Ford, PA 19317-0643 |
| 96619119 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 14 2022 22:59:00 | Genesis FS Card Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 96619128 | ^ | MEBN | Oct 14 2022 22:55:34 | Honorable Merrick B. Garland, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 96619120 | | Email/Text: Bankruptcy@ICSystem.com | Oct 14 2022 22:58:00 | IC Systems, Inc., ATTN: Bankruptcy, POB 64378, Saint Paul, MN 55164 |
| 96619111 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2022 22:58:00 | Internal Revenue Service, P.O. Box 7346, |

Case 22-14766-SMG    Doc 50    Filed 10/16/22    Page 2 of 5

| District/off: 113C-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: pdf004 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, P.A. 19101-7346 |
| 96654817 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2022 23:06:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 96619121 | + | Email/Text: MDSBankruptcies@meddatsys.com | Oct 14 2022 22:58:00 | Medical Data System (MDS), 2001 9th Ave., #312, Vero Beach, FL 32960-6413 |
| 96619123 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2022 22:59:00 | Midland Funding, 8875 Aero Drive, #200, San Diego, CA 92123-2255 |
| 96629257 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2022 23:05:38 | Plantation General Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 96655911 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2022 22:59:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 96619131 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2022 23:05:54 | Resurgent Capital Services, P.O. Box 1927, Greenville, SC 29602-1927 |
| 96619106 | + | Email/Text: bankruptcynotices@sba.gov | Oct 14 2022 22:58:00 | Small Business Administration, 409 Third Street S.W., Washington, D.C. 20416-0002 |
| 96619109 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2022 22:58:00 | Specialized Loan Servicing, 6200 S Quebec St., Greenwood Village, CO 80111-4720 |
| 96619130 | + | Email/Text: sprechman@ebn.phinsolutions.com | Oct 14 2022 22:59:00 | Sprechman & Fisher, P.A., 2775 Sunny Isles Blvd.., #100, North Miami Beach, FL 33160-4078 |
| 96684595 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2022 22:58:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado 80111-4720 |
| 96619127 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Oct 14 2022 22:58:00 | Honorable Juan Antonio Gonzalez, United States Attorney Southern District, United States Attorneys Office, 99 N.E. 4th Street, Miami, FL 33132 |
| 96648174 | + | Email/Text: ndlrc.legal@sba.gov | Oct 14 2022 22:58:00 | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |
| 96619107 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 14 2022 23:05:51 | Wells Fargo Bank, N.A., 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 96621214 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2022 23:05:38 | Westside Regional Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 14, 2022 | Form ID: pdf004 | Total Noticed: 37 |
| Date: Oct 16, 2022 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin N Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Raychelle A Tasher | on behalf of Creditor United States of America Small Business Administration Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |
| Raychelle A Tasher | on behalf of Creditor United States of America Internal Revenue Service Raychelle.Tasher@usdoj.gov Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com ecf2@ch13weiner.com |

TOTAL: 5



**ORDERED in the Southern District of Florida on October 13, 2022.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                      Chapter 13

Ralph Levi Sanders, Jr.,                    Case No.: 22-14766-SMG

        Debtor.
_____/

### ORDER DENYING AS MOOT
### DEBTOR'S MOTION FOR EXTENSION OF DUE DATES

**THIS MATTER** came before the Court for a hearing on October 13, 2022, upon the *Motion for Extension of Due Dates* (ECF No. 37) filed *pro se* by Ralph Levi Sanders, Jr. (the "Debtor"). The Debtor appeared *via* Zoom at the hearing, along with counsel for the chapter 13 trustee. The Court, noting the continuance of the confirmation hearing and the hearing date of the *Objection to Claim* (ECF No. 41) and for the reasons stated on the record at the hearing, hereby **ORDERS** that The Debtor's *Motion for Extension of Due Dates* is **DENIED AS MOOT**.

###

Copies furnished to:

Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

Robin R Weiner, Trustee

AUST

All other interested parties