## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FT LAUDERDALE DIVISION

In RE:                                              Case No.:22-14766-SMG

RALPH LEVI SANDERS                   Chapter 13

           Debtor      /

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW,** the Debtor, Ralph Levi Sanders, and through their undersigned counsel and

files this their Notice of Appearance

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A) and that a true and correct copy of the **NOTICE OF APPEARANCE** was sent via email to all those set forth in the NEF and all the creditors on this 7th day of November 2022.

                                           LAW OFFICE OF MICHAEL J. BROOKS, ESQ
                                           Attorney for the Creditor
                                           8660 West Flagler Street
                                           Miami, FL 33144
                                           Telephone: 1 (877)290-9197
                                           Facsimile: (954) 623-6125

                                           By    /s/     Michael J. Brooks
                                                       Michael J. Brooks
                                                       Florida Bar No. 434442