UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

RALPH LEVI SANDERS                              CASE NO.22-14766-SMG

_____Debtor_____/                         CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 209-1 (A) and that a true correct copy of the *SECOND AMENDED PLAN [D.E 52]* thereon was served via email to all creditors and those set forth in the NEF on this 7th day of November of 2022.

DATED: November 7, 2022

Law Office of Michael J. Brooks, P.A
Attorney for the Debtor
8660 West Flagler Street
Miami, Florida 33144
Telephone: (877)-623-6123
Email: Pleadings@bankruptcynow.com

By:_____/s/_____
Michael J. Brooks, Esq
Florida Bar No. 434442