Bank of NY Mellon
c/o SLS
6200 S Quebec St
Suite 300
Englewood, CO 80111

City of Plantation Code Enforcement
451 NW 70 Terrace
Plantation, FL 33317

Civil Process Clerk
US Attorney
99 NE 4 St Suite 300
Civil Division
Miami, FL 33132

Internal Revenue Service
Insolvency Support Group, Unit 1
Stop 5730
7850 SW 6th Court, Room 165
Fort Lauderdale, FL 33318

LVNV Funding
c/o Resergent Capital Services
POB 10587
Greenville, SC 29603

Plantation General Hospital
c/o Resergent Capital Services
POB 1927
Greenville, SC 29602

Quantum3 Group LLC as Agent for
Genisis FS Card Services Inc
POB 788
Kirkland, WA 98083

SBA
409 Third St SW
Washington, DC 20416

Special Assistant United States
Associates Area Counsel (SBSE) -Ft. Laud
1000 S. Pine Island Road
Suite 300
Fort Lauderdale, FL 33324

Scanned by TapScanner

Speical Assistant United States
Associates Area Counsel (SBSE) - Miami
PO BOX 9, Stop 8000
51 SW 1 Ave
Miami, FL 33130


The Honorable Merrick Garland
United States Attorney General
Department of Justice, Room 4400
950 Pennsylvania Avenue N.W.
Washington, DC 20530


The Honorable Tony Gonzalez
United States Attorney
99 NE 4th Street
Miami, FL 33132


Westside Regional Medical Center
Resergent Capital Services
POB 1927
Greenville, SC 29602

Scanned by TapScanner