UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDRDALE DIVISION

IN RE:                                              CASE NO. 22-14766-AJC
                                                    CHAPTER 13
RALPH LEVI SANDERS
_____/

## NOTICE TO WITHDRAW

MICHAEL J. BROOKS, Attorney for the Debtor, RALPH LEVI SANDERS hereby file on

*OBJECTIONTO CLAIM OF INTERNAL REVENUE SERVICE, CLAIM 4-1 ,[D.E 24 ],* dated on

September 9, 2022.

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that I am admitted to the Bar of the United State District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A) and that a true copy of this Notice Of Withdraw was sent by email to: Robin Weiner, Trustee on this 7th day of November, 2022.

Dated: November 7, 2022

Law Office of Michael J. Brooks, P.A
Attorney for the Debtor
8660 West Flagler Street
Miami, Florida 33144
Telephone: (877)-623-6123
Email: Pleadings@bankruptcynow.com


By:_____/s/_____
Michael J. Brooks, Esq
Florida Bar No. 434442