| DATE | EVENT | TIME |
|---|---|---|
| 11/2/22 | Spoke with client regarding his bankruptcy and title issues. | 2.0 |
| 11/2/22 | Exchange text emails back and forth regarding Debtor's title issues. | 2.0 |
| 11/2/22 | Spoke with litigation attorney regarding state court foreclosure and procedure to bring in appraiser, surveyor and title companies to deal with title issues. | 2.0 |
| 11/3/22 | Spoke with second lawyer to determine whether foreclosure lawsuit was valid as legal description of property may encompass less than the real estate purchased. | 1.0 |
| 11/3/22 | Exchanged seven emails with Debtor to explain what I had been learning about the title issues from the legal standpoint. | 1.5 |
| 11/3/22 | Spoke with Joanna regarding my possibly taking over the case. | .25 |
| 11/4/22 | Exchanged three emails and spoke with Debtor regarding discussions with lawyers regarding taking over foreclosure case and my determination of what should and could be done in the bankruptcy case. | 1.5 |
| 11/7/22 | Met with client to go over our plans for his bankruptcy case, and his risks in taking the mortgages out of the plan. Had to make him understand that he could not afford the plan payments to cure the arrearages and that an MMM would not for him. Revied all relevant documents that had been filed including the claims, and prepared and filed a 2AP. | 3.0 |
| 11/8/22 | Prepared and filed withdrawals to objections to the claim of the IRS and SBA. | .2 |
|  | Total Time 13.45 HRS x $550.00 | $7,397.50 |

Scanned by TapScanner