UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

RALPH LEVI SANDERS                                    CASE NO.22-14766-SMG

                 Debtor          /                     CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 209-1 (A) and that a true correct copy of the *THIRD AMENDED PLAN [D.E 52]* thereon was served via email to all creditors and those set forth in the NEF on this 7th day of November of 2022.

DATED: November 7, 2022

                                                      Law Office of Michael J. Brooks, P.A
                                                      Attorney for the Debtor
                                                      8660 West Flagler Street
                                                       Miami, Florida 33144
                                                      Telephone: (877)-623-6123
                                                      Email: Pleadings@bankruptcynow.com

                                                       By:                 /s/
                                                       Michael J. Brooks, Esq
                                                       Florida Bar No. 434442