**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                           Case No: 22-14766-SMG
                                                                 Chapter 13
Ralph Levi Sanders, Jr.

_____Debtor_____/

### NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)  ☒  No further action is necessary.

2)  The following actions have been taken:

    ☐  The debtor has filed an objection to the proof of claim filed by _____.

    ☐  The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

    ☐  Other: _____
       _____
       _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on _____.

                                                    Submitted by: _____/s/_____
                                                                  Michael J. Brooks

                                    Michael J. Brooks
                                    Bar No. 434442
                                    8660 W. Flager Street
                                    Miami, FL 33144
                                    877-290-9197
                                    954-623-6125

LF-76 (rev. 12/01/09)