UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

RALPH LEVI SANDERS                              CASE NO.22-14766-SMG

            Debtor    /                    CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 209-1 (A) and that a true correct copy of *the NOTICEOF CONTINUED CONFIRMATION HEARING [D.E 66]*, thereon was served via email to all creditors and those set forth in the NEF on this 21ST day of November of 2022.

DATED: November 21, 2022

                                              Law Office of Michael J. Brooks, P.A
                                              Attorney for the Debtor
                                              8660 West Flagler Street
                                              Miami, Florida 33144
                                              Telephone: (877)-623-6123
                                              Email: Pleadings@bankruptcynow.com

                                              By:                 /s/
                                              Michael J. Brooks, Esq
                                              Florida Bar No. 434442