UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
RALPH SANDERS                                                          CASE NO.:22-14766-SMG

        Debtor.                                                                  CHAPTER 13

_____/

### EMERGENCY MOTION TO WITHDRAWAL AS COUNSEL FOR THE DEBTOR

**COMES NOW**, the undersigned, moves this Honorable Court to grant his Motion to Withdraw as Counsel for the Debtor, and states:

1. Irreconcilable differences have arisen between the Debtor and the undersigned.

2. The nature of this emergency is that the Debtor has proposed a confirmable third amended plan however, the Debtor does not want his plan confirmed at this time. The Debtor wants the Stay to remain in effect so he can hire a state court counsel. The Debtor has threatened to file a complaint with the bar against the undersigned because the undersigned refuses to violate this Court's rules. The undersigned has informed the Debtor that what he is asking is not appropriate or allowable under the local rules of this Court. This matter cannot be resolved between the parties.

### CERTIFICATION OF LOCAL RULE 9075-I

1. The emergency nature of this motion is that the Debtor has a confirmation hearing on December 8, 2022, and it is unknown whether the Court wants to allow the Debtor more time to find a state court counsel while this case is pending or to allow the Chapter 13 plan to be confirmed. A Motion for Relief from Stay has been filed by negative notice

[D.E 64] on November 15, 2022, and the undersigned has filed a response [D.E 67] on November 17, 2022. The Motion for Relief from Stay will be heard on December 8, 2022.

**WHEREFORE**, the undersigned request this Honorable Court grant this Motion to Withdraw as Counsel for the Debtor and for such further relief as the Court deems appropriate.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A) and that a true and correct copy of the foregoing was sent by e-mail to all those set forth in the NEF, this 28th day of November 2022 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to Ralph Sanders, Debtor, 561 S.W 60th Avenue, Plantation, FL 33317 and to all creditors.

Law Office of Michael J. Brooks, P.A
Attorney for the Debtor
8660 West Flagler Street
Miami, Florida 33144
Telephone:1-877-290-9197
Email: Pleadings@bankruptcynow.com

By:_____/s/_____
Michael J. Brooks, Esq
Florida Bar No. 434442