**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                  Case 22-14766-SMG
                                                                        Chapter 13

RALPH SANDERS
_____Debtor_____/


**AMENDED APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR**

  Applicant, __Michael J. Brooks__, was retained by the debtor to serve in this bankruptcy case as attorney for debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $ 7,000.00 |
| Total Expenses to be Reimbursed: | $ 0 |
| Amount Received To-Date: **(exclusive of filing fees)** | $ 2,000.00 |
| Amount to be Paid through Plan: | $ 5,000.00 |

  1. The amount requested, if allowed, will be paid in full after _6_ monthly payments under the plan.

  2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B".

  3. Applicant estimates that an additional __10__ hours will be required to be expended in providing legal services on behalf of the debtor(s) described below:

LF-69 (rev. 12/01/09)

<u>This case is very complicated. There are numerous title issues and it is unknown at this time whether the legal description of the mortgage and the property owned by the debtor match. The undersign needed to review the title policy, appraisal and numerous surveys to determine whether the property given to him by warranty deed was the actual property he now owns. It doesn't seem like it. Fidelity title has notified the debtor that there is a title defect the extent to which is unknown. The undersign needed to make a determination of whether the real estate issues in this case were jurisdictional. A determination was made at this court and did not make jurisdiction regarding the title issues and it was best serve to remove the property from the plan to allow the debtor to litigate this matter in state court.</u>

    4.    The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

<u>Same as paragraph 3</u>             .

    5.    The source of compensation previously paid to applicant was <u>                                                                    </u>.

    6.    Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.  (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

**DATED:**  <u>November 7, 2022</u>

                                              <u> /s/                                   </u>
                                              Applicant's Signature
                                              <u>Michael J. Brooks, Esq            </u>
                                              Name
                                              <u>8660 West Flagler Street           </u>
                                              Address
                                              <u>Miami, FL 33144                 </u>

1-877-290-9197
Phone

c: Debtor
   Chapter 13 Trustee