# RETAINER AGREEMENT
## CHAPTER 13

**Client Name:** Ralph Senders

**Spouse Name:** _____

The undersigned person(s), (hereinafter referred to as "Client") retains the Law Office of Michael J. Brooks, P.A, d/b/a BankruptcyNow. (hereinafter referred to as "Attorney"), to represent Client for a case under Title 11 U.S. C. CHAPTER 13. Client will pay Attorney a legal fee ("attorney fee") of $ 7000 , a filing fee and costs of $ 175 for a total of $ 7175 . These fees are subject to change if additional motion(s) to value must be filed. At no time will the fee increase more than the safe harbor allowed by the court or any other amount allowed by the court, which is payable as follows:

Amount due prior to filing $ 2175 ,

Balance due under the plan $ 5000 ,

1. Client understands that out of the above referenced sums paid and to be paid, the last $ 175 of the total sum owed will be allocated to the filing fees and costs. If a check is returned for insufficient funds or any other reason, Client will need to pay a bank fee of $50.00 (Bank fees are subject to change). If there are unforeseen circumstances, Attorney may charge more than quoted above and will charge at a rate of $550.00 per hour. Under no circumstances will the attorney fee be increased in violation of the local rules or without an order from the court.

2. Client understands that the attorney fee consists of pre-filing office consultations, creditor calls in connection with the Chapter 13 Bankruptcy proceeding, preparation and filing of the Chapter 13 Bankruptcy petition and attendance at the initial Section 341 meeting of creditors. The attorney fee also includes all confirmation hearings and attendance at motions and objections filed by Attorney on behalf of Client as well as those filed by creditors.

3. Unless otherwise agreed to by Attorney in writing, Client understands that if the total fees are not paid in full, the **petition will not be filed**, any payments made to date will non refundable and no further action and/or services will be rendered by Attorney.

4. **No representations or promises have been made to the Client concerning the probability of success or of a certain outcome in their case.** (Initial _____
_RS_ )

5. Should one of the creditors be a governmental agency regarding taxes, the Attorney does not assume the responsibility for obtaining the information necessary to determine whether the debt is dischargeable. It is the sole responsibility of the Client to obtain said information.

6. Student loans are non-dischargeable unless the court determines Client has an undue hardship and will not have to repay the loan. The filing of the lawsuit to determine whether there is an undue hardship will require additional attorneys fees as

Scanned by TapScanner

an adversary complaint must be filed to determine the dischargeability of any student loan.

7. The following items are NOT included in the attorney fee referenced above: Representation of the Client in any dischargeability actions, judicial lien avoidance actions, including Section 522(f) motions, relief from stay actions or any adversary proceedings, State Court proceedings, appearance at any Section 2004 examinations, any motion to sell property (real or personal), motions to clear title, motions to reinstate a dismissed case and motions to incur debt to purchase an automobile(s), or other property. Also not included in the attorney fee is representation related to any objection to claimed exemptions or objections to discharge or dischargeability and representation for anything not specifically stated herein as included in the attorney fee. Client agrees to pay Attorney at the rate of $550.00 per hour for any additional legal work not specifically specified herein.

8. Client agrees to maintain contact with the firm and to promptly advise the firm of any change of address, telephone number and/or e-mail address. Client also agrees to notify attorney if an inheritance is received or if Client becomes a plaintiff in any cause of action during pendency of this bankruptcy. Finally, client agrees to provide all tax returns when filed or any extension to file any tax returns for every year Client is in bankruptcy.

9. Client understands and agrees that Attorney will scan and store all documents submitted by Client. Paper documents will be destroyed. Client hereby gives Attorney permission to destroy all paper documents once they are scanned.

10. Client is required to take a credit counseling course prior to the filing of the bankruptcy petition. If a credit counseling course is not taken, the bankruptcy cannot be filed. Subsequent to filing the bankruptcy petition, a second credit counseling course must be taken or the case may be closed without a discharge. If the case gets closed without a discharge Client may be required to pay additional fees and costs. (Initial _____    _____)

THE CLIENT(S) ACKNOWLEDGES THAT ON THE ___ DAY OF _____, 2022, THAT HE/SHE HAS READ AND UNDERSTANDS THE PROVISIONS OF THIS AGREEMENT AND THAT THERE ARE NO EXCEPTIONS THERETO.

[X] _____
**CLIENT SIGNATURE**

[X] _____
**SPOUSE SIGNATURE**

[X] _____
**ATTORNEY SIGNATURE**