IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                   22-14766
RALPH LEVI SANDERS, JR.                    CASE NO. 22-4766-SMG
                                                              CHAPTER 13

Debtor.

_____/

## OBJECTION TO

## Payment Schedule Proposed by Former Counselor Proposed

## AMENDED APPLICATION FOR COMPENSATION FOR

## PROFESSIONAL SERVICES OR REIMBURSEMENT OF

## EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR.

FILED-USBC, FLS-FTL
'22 DEC 6 PM 1:23

**Retainer and payment schedule.**

1. No payment plan was scheduled in the retainer.
2. No sections of the retainer deal with an abrupt end of a retainer.
3. The average duration of a Chapter 13 plan is 36 to 60 months.
4. Attorneys are not Finance companies.
5. Due to changed legal circumstances in the past couple of weeks, there may be expanded expenses in the near short term (First Last and Security) and additional legal expenses due to starting a plan without the attorneys of different practice areas in place without a signed retainer, agreement or even an email from an attorney in the other practice area in place.
6. Mr. Brooks started a plan without all of the requirements in place i.e., Foreclosure attorney and litigation attorney.
7. Mr. Brook's action alerted the lender that the property was taken outside of chapter 13 protection.

8. Lender filed for "Relief of Stay" since the Lender was alerted to the fact.
9. Mr. Brook's started his plan without checking if all pieces in place.
10. To the Debtor, the Chapter 13 case is still ongoing

Sincerely

Ralph L. Sanders

561 SW 60th Ave

Plantation, Fl. 33317

(754)801-7097