UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
RALPH SANDERS                                         CASE NO.:22-14766-SMG

             Debtor.                                   CHAPTER 13

_____/

### OBJECTION TO Mr. Brook's EMERGENCY MOTION TO WITHDRAWAL AS COUNSEL FOR THE DEBTOR

**COMES NOW,** the undersigned, moves this Honorable Court to deny the debtor counsel

Motion to Withdraw as Counsel for the Debtor and states:

1. Mr. Brook's request to withdraw from my active case would create an undue hardship

2. Mr. Brook's plan three was put into effect without all the necessary requirements in place.

This is creating an undue hardship in litigating a title insurance matter. The title insurance

action is a court asset in my case.

3. A Foreclosure attorney is needed,

4. The last time I was sent on an attorney search took excessively.

### CERTIFICATION OF LOCAL RULE 9075-1

1. The emergency nature of this motion is that the Debtor has a confirmation hearing on

   December 8, 2022, and it is unknown whether the Court wants to allow the Debtor more

   time to find a state court counsel while this case is pending or to allow the Chapter 13

   plan to be confirmed. A **Motion for Relief from Stay has been filed by negative**

   **notice**

FILED-USBC, FLS-
'22 DEC 5 PM1:25

[D.E 64] on November 15, 2022, and the undersigned has filed a response [D.E 67] on

November 17, 2022. The Motion for Relief from Stay will be heard on December 8,

2022.

The debtor filed a response at the Fort Lauderdale Federal Courthouse on December 5,

2022

**WHEREFORE**, the undersigned request this Honorable Court grant this Motion to

Withdraw as Counsel for the Debtor and for such further relief as the Court deems appropriate.

<u>CERTIFICATE OF SERVICE</u>

Ralph L. Sanders
561 S.W. 60th Ave
Plantation, Fl. 33317
(754)801-7097