

**ORDERED in the Southern District of Florida on December 9, 2022.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:                                                      CASE NUMBER: 22-114766-SMG

RALPH SANDERS ,                            CHAPTER 13

Debtor.

_____/

### ORDER GRANTING AMENDED APPLICATION FOR ATTORNEY FEES BY ATTORNEY FOR DEBTOR

**THIS CAUSE** having come on to be heard at 1:30 P.M, on December 8, 2022, on the Amended Application for Fees by the Attorney for the Debtors, [ECF 73], having reviewed the Attorney's Application for Attorney Fees and finding all the charges and entries are reasonable, it is,

**ORDERED;**

1. Attorney for the Debtors, Michael J. Brooks, is awarded the sum of $7,000.00.

2. Michael J. Brooks has been paid $2,000.00 prior to filing and will be paid $5,000.00 through the Debtors' Chapter 13 Plan.

# # #

Submitted by:
Michael J. Brooks, Esquire
8660 West Flagler Street
Miami, FL 33144
Telephone (877)-290-9197
Facsimile (954)-623-6125
Email: pleadings@bankruptcynow.com

Copies to:
Michael J. Brooks, Esquire
Robin Weiner, Trustee
Ralph Sanders, Debtor

Michael J. Brooks is directed to serve a copy of this Order upon all required parties not entitled to electronic service, and to file a certificate of service with the Clerk of the Court.