

## ORDERED in the Southern District of Florida on December 9, 2022.

*Scott M. Grossman*

**Scott M. Grossman, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT.LAUDERSDALE DIVISION

In re                                             CASE NO.: 22-14766-SMG

RALPH SANDERS                       CHAPTER 13

Debtor(s) .

_____

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
(After Hearing)

THIS CASE having come on to be heard on December 8, 2022, to consider the Emergency Motion to Withdraw as Counsel for Ralph Sanders [D.E 71], it is:

**ORDERED:**

1. The Emergency Motion to Withdraw as Attorney of Record is **GRANTED**.

2. Attorney Michael Brooks is relieved of further responsibility in this case as counsel for Ralph Sanders.

3. Parties should serve all future correspondence and pleadings on Ralph Sanders at this address: 561 SW 60th Ave, Plantation, FL 33317.

### # # #

Michael J. Brooks is directed to serve a copy of this Order upon all required parties not entitled to electronic service, and to file a certificate of service with the Clerk of the Court.