UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

RALPH L. SANDERS                                              CASE NO.22-14766-SMG

                 Debtor       /                          CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 209-1 (A) and that a true correct copy of the *Order Granting Motion to Withdraw as Counsel [D.E 79], thereon* was served via email to all creditors and those set forth in the NEF on this 9th day of December of 2022.

DATED: December 9, 2022

                                                                Law Office of Michael J. Brooks, P.A
                                                                Attorney for the Debtor
                                                                8660 West Flagler Street
                                                                Miami, Florida 33144
                                                                Telephone: (877)-623-6123
                                                                Email: Pleadings@bankruptcynow.com

                                                                By:               /s/
                                                                Michael J. Brooks, Esq
                                                                Florida Bar No. 434442