UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

RALPH LEVI SANDERS                 CASE NO.22-14766-SMG

           Debtor       /                CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 209-1 (A) and that a true correct copy of the *Order Granting Amended Application for Attorney Fees by Attorney for Debtor [D.E 78]* thereon was served via email to all creditors and those set forth in the NEF on this 9th day of December of 2022.

DATED: December 9, 2022

                                        Law Office of Michael J. Brooks, P.A
                                        Attorney for the Debtor
                                        8660 West Flagler Street
                                        Miami, Florida 33144
                                        Telephone: (877)-623-6123
                                        Email: Pleadings@bankruptcynow.com

                                        By: /s/
                                        Michael J. Brooks, Esq
                                        Florida Bar No. 434442