United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                             Case No. 22-14766-SMG
Ralph Levi Sanders, Jr.                                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0                                User: admin                                                   Page 1 of 2
Date Rcvd: Dec 09, 2022                          Form ID: pdf004                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

**Recip ID**              **Recipient Name and Address**
db                  +   Ralph Levi Sanders, Jr., 561 SW 60 Ave., Plantation, FL 33317-3947

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022                                        Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:**

**Name**                            **Email Address**

Gavin N Stewart
                      on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Michael J Brooks, Esq
                      on behalf of Debtor Ralph Levi Sanders  Jr. pleadings@bankruptcynow.com, mbrooks@bankruptcynow.com;brooks.michaelr100502@notify.bestcase.com

Office of the US Trustee
                      USTPRegion21.MM.ECF@usdoj.gov

Raychelle A Tasher
                      on behalf of Creditor United States of America  Small Business Administration Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

Raychelle A Tasher
                    on behalf of Creditor United States of America Internal Revenue Service Raychelle.Tasher@usdoj.gov Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

District/off: 113C-0 User: admin Page 2 of 2
Date Rcvd: Dec 09, 2022 Form ID: pdf004 Total Noticed: 1

Robin R Weiner
    ecf@ch13weiner.com ecf2@ch13weiner.com

TOTAL: 6



**ORDERED in the Southern District of Florida on December 9, 2022.**

_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT.LAUDERSDALE DIVISION

In re                                                              CASE NO.: 22-14766-SMG

RALPH SANDERS                                        CHAPTER 13

Debtor(s) .

_____

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
(After Hearing)

THIS CASE having come on to be heard on December 8, 2022, to consider the Emergency Motion to Withdraw as Counsel for Ralph Sanders [D.E 71], it is:

**ORDERED:**

1. The Emergency Motion to Withdraw as Attorney of Record is **GRANTED**.

2. Attorney Michael Brooks is relieved of further responsibility in this case as counsel for Ralph Sanders.

3. Parties should serve all future correspondence and pleadings on Ralph Sanders at this address: 561 SW 60th Ave, Plantation, FL 33317.

# # #

Michael J. Brooks is directed to serve a copy of this Order upon all required parties not entitled to electronic service, and to file a certificate of service with the Clerk of the Court.