

**ORDERED in the Southern District of Florida on December 12, 2022.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

RALPH LEVI SANDERS, JR.                    CASE NO.  22-14766-SMG
                                           CHAPTER 13

        Debtor.
_____/

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THIS CASE** came on for hearing on December 8, 2022 at 9:00AM on the Motion for Relief from the Automatic Stay ("Motion") filed by Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2 ("Movant") (Doc. No. 64). For the reasons stated orally on the record, it is

    1.      The Motion (Doc. No. 64) is granted.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**LOT 22, IN BLOCK 4, OF PLANTATION PARK 10TH ADDITION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 55, AT PAGE 21, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

**AKA 561 SW 60 Ave., Plantation, FL 33317** ("collateral").

3. Movant has *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

###

**Submitted by:**
Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order to the parties listed below and file a Certificate of Service with the Court.

**Copies furnished to:**
**VIA REGULAR MAIL**
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Michael J. Brooks, Esq.
8660 West Flagler Street
Miami, FL 33144

Robin R. Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee

51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130