## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:

RALPH LEVI SANDERS, JR.                                           CASE NO.  22-14766-SMG
                                                                  CHAPTER 13

        Debtor.

_____/

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Order Granting Motion For Relief From Stay* (Doc. No. 85) was served by CM/ECF notice and first class mail this 13th day of December 2022.

                                                                         */s/ Gavin N. Stewart*
                                                                         Gavin N. Stewart, Esquire
                                                                          Florida Bar Number 52899
                                                                          P.O. Box 5703
                                                                          Clearwater, FL 33758
                                                                          P: (727) 565-2653
                                                                          F: (727) 213-9022
                                                                          E: bk@stewartlegalgroup.com
                                                                          Counsel for Movant

**VIA REGULAR MAIL**
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Michael J. Brooks, Esq.
8660 West Flagler Street
Miami, FL 33144

Robin R. Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130