IN THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED-USBC, FLS-FTL
'22 DEC 29 PM 2:20

In re:

RALPH LEVI SANDERS, JR.

**DISTRICT CASE NO. 0:22-cv-62419**
Bankruptcy Case no. 22-BK-14766-SMG
CHAPTER 13

Debtor.

_____/

## EMERGENCY MOTION FOR REQUEST FOR CONTINUATION/ NEW ORDER OF STAY WHILE APPEALING THE MATERIALLY ALTERED ORDER IN DISTRICT COURT AND WHO IS RESPONSIBLE.

**COMES NOW**, the Debtor responded to the *Motion For Relief from the Automatic Stay, [D.E 64]* and the materially altered order (D.E. 84 & 85) with District Court Appeal case "Sanders v. Wells Fargo Bank & Others (0:22-CV-62419)"

The debtor humbly requests a Stay while appealing the altered Bankruptcy order and Material Defective Title in District Court.

Please grant my request for a Stay during the appeal process under

Rule 8. Stay or Injunction Pending Appeal

(a) MOTION FOR STAY.

(1) *Initial Motion in the District Court.* A party must ordinarily move first in the district court for the following relief:

(A) a stay of the judgment or order of a district court pending appeal.

Sincerely

Ralph Levi Sanders

561 SW 60th Ave

Plantation, Fl. 333317

Phone: (754)801-7097

Pro-Se until I get an Appellant/Brief Attorney