United States Bankruptcy Court
Southern District of Florida

In re:                                                                      Case No. 22-14766-SMG

Ralph Levi Sanders, Jr.                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph Levi Sanders, Jr., 561 SW 60 Ave., Plantation, FL 33317-3947 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin N Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Raychelle A Tasher | on behalf of Creditor United States of America  Small Business Administration Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |
| Raychelle A Tasher | on behalf of Creditor United States of America Internal Revenue Service Raychelle.Tasher@usdoj.gov Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com  ecf2@ch13weiner.com |

District/off: 113C-0                    User: admin                              Page 2 of 2
Date Rcvd: Dec 27, 2022                 Form ID: pdf004                          Total Noticed: 1
TOTAL: 5

Official Form 417A (12/18)

*CASE 22-14766*

*14766*

[Caption as in Form 416A, 416B, or 416D, as appropriate]

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

FILED-USBC, FLS-FTL
'22 DEC 27 PM 2:42

T.J.

1.  Name(s) of appellant(s):

    *RALPH LEVI SANDERS*

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | ☒ Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other (describe) _____ | ☐ Trustee |
| | ☐ Other (describe) _____ |

### Part 2:  Identify the subject of this appeal

1.  Describe the judgment, order, or decree appealed from: *ORDER GRANTING STAY RELIEF*

2.  State the date on which the judgment, order, or decree was entered: *DECEMBER 13, 2022*

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party: *RALPH L. SANDERS*    Attorney: *PRO-SE*
    *861 SW 66 AVE*
    *PLANTATION, FL. 33317*

2.  Party: *WELLS FARGO*    Attorney: *GAVIN STEWART*
    *BANK NEW YORK*    *PO BOX 5703*
    *MELLON*    *CLEARWATER, 33758*
    *BAR # 5703*

Official Form 417A                    Notice of Appeal and Statement of Election                    page 1

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Date: _DECEMBER 27, 2022_

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

_561 A.V-60 AVE_

_PLANTATION, FL-33317_

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

22-BK-14766-SMG

*I AM RALPH L SANDERS*

STAY 22-bk-17466-SMG

*I AM OPPOSING ORDER 85 FOR THE FOLLOWING*

1. **Title Insurance: First & Primary Contract between the Homeowner and Lender: All contracts, including the note, refer to the back to Title Insurance**
   a. **The State of Florida requires when there is a mortgage for the Homeowner and Lender to have Title Insurance**
   b. **Lender's Title Insurance contract was the first contract purchased for the Lender by the homeowner to use in the advent of title issues.**
   c. **Title issue is due to missing land**
2. **Lender Breached an implied contract.**
3. **Prove the Loan Servicer was not properly qualified staff who understood Title Insurance.**
4. **The attorney (Peter Kelly) representing Wells Fargo/Bank New York Mellon on December 8, 2022, hearing was unaware that there was a title issue even though there have been 200+ emails regarding the topic sent to Specialized Loan services since early 2021.**
5. **The Mortgage note has a requirement in the miscellaneous proceeds are the first (mortgage note, paragraph 5, property not as described) to be used to pay off a mortgage note by parties.**
6. **Is the Lender damaging themselves and the Debtor by not enforcing their rights under the Lender's Title insurance? Yes**
7. **Is the Lender breaching an implied contract by not enforcing the Title insurance**

22-BK-14766-SMG

8. There are three Title Insurance policies.

9. Did the Lender help make In Rem Relief situation by not taking timely action as required by our title insurance and its implied contract?

Sincerely

Ralph L. Sanders
561 SW 60th ave
Plantation, Fl. 33317
P (754)801-7097



**ORDERED in the Southern District of Florida on December 12, 2022.**

_Scott M. Grossman_

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:

RALPH LEVI SANDERS, JR.

             Debtor.

CASE NO. 22-14766-SMG
CHAPTER 13

_____/

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THIS CASE** came on for hearing on December 8, 2022 at 9:00AM on the Motion for

Relief from the Automatic Stay ("Motion") filed by Specialized Loan Servicing LLC, as servicing

agent for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to

JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2,

Asset-Backed Certificates, Series 2006-SD2 ("Movant") (Doc. No. 64). For the reasons stated

orally on the record, it is

    1.    The Motion (Doc. No. 64) is granted.

2.  The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is

terminated as to Movant's interest in the following property:

**LOT 22, IN BLOCK 4, OF PLANTATION PARK 10TH ADDITION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 55, AT PAGE 21, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

**AKA 561 SW 60 Ave., Plantation, FL 33317** ("collateral").

3.  Movant has *in rem* relief to take any and all steps necessary to exercise any and all

rights it may have in the collateral, to gain possession of said collateral, to have such other and

further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

###

**Submitted by:**
Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order to the parties listed below and file a Certificate of Service with the Court.

**Copies furnished to:**
**VIA REGULAR MAIL**
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Michael J. Brooks, Esq.
8660 West Flagler Street
Miami, FL 33144

Robin R. Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee

51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130