

**ORDERED in the Southern District of Florida on January 4, 2023.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Case No. 22-14766-SMG |
| RALPH LEVI SANDERS, JR., | Chapter 13 |
| Debtor. | |
| _____/ | |

### ORDER DENYING MOTION TO STAY PENDING APPEAL

This matter came before the Court for a hearing on January 4, 2023, at 10:30 a.m.,[1] to consider Pro Se Debtor Ralph Levi Sanders' *Motion to Stay Pending Appeal*.[2] Mr. Sanders failed to appear at the hearing. For the reasons stated on the record, the Motion to Stay Pending Appeal is **DENIED** both on the merits and for failure to prosecute.

# # #

---

[1] ECF No. 93.
[2] ECF No. 92.

Copies Furnished to:
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

Robin Weiner, Chapter 7 Trustee

AUST

All other interested parties by the Clerk of Court