United States Bankruptcy Court

Southern District of Florida

In re:                                                                                                   Case No. 22-14766-SMG

Ralph Levi Sanders, Jr.                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0             User: admin             Page 1 of 2

Date Rcvd: Jan 05, 2023         Form ID: pdf004           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ralph Levi Sanders, Jr., 561 SW 60 Ave., Plantation, FL 33317-3947 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2023             Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gavin N Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Raychelle A Tasher | on behalf of Creditor United States of America  Small Business Administration Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |
| Raychelle A Tasher | on behalf of Creditor United States of America Internal Revenue Service Raychelle.Tasher@usdoj.gov Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com  ecf2@ch13weiner.com |

District/off: 113C-0 User: admin Page 2 of 2
Date Rcvd: Jan 05, 2023 Form ID: pdf004 Total Noticed: 1
TOTAL: 5



**ORDERED in the Southern District of Florida on January 4, 2023.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                                        Case No. 22-14766-SMG

RALPH LEVI SANDERS, JR.,                                     Chapter 13

    Debtor.
_____/

### ORDER DENYING MOTION TO STAY PENDING APPEAL

This matter came before the Court for a hearing on January 4, 2023, at 10:30 a.m.,[1] to consider Pro Se Debtor Ralph Levi Sanders' *Motion to Stay Pending Appeal.*[2] Mr. Sanders failed to appear at the hearing. For the reasons stated on the record, the Motion to Stay Pending Appeal is **DENIED** both on the merits and for failure to prosecute.

###

---

[1] ECF No. 93.
[2] ECF No. 92.

Copies Furnished to:
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

Robin Weiner, Chapter 7 Trustee

AUST

All other interested parties by the Clerk of Court