

**ORDERED in the Southern District of Florida on January 12, 2023.**

*Scott M. Grossman*

**Scott M. Grossman, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                  Case No. 22-14766-SMG
Ralph Levi Sanders, Jr.                                                 Chapter 13
                                                                                              Adversary Proceeding No.
                                                                                              U.S. District Court Case No.

_____Debtor_____/

Ralph Levi Sanders, Jr.

            Plaintiff,
vs.

Wells Fargo/Bank of New York Mellon

_____Defendant_____/

**ORDER DISMISSING BANKRUPTCY APPEAL**

A Notice of Appeal was filed on 12/27/2022, by Ralph Levi Sanders, Jr.

appealing an order entitled Order Granting Motion For Relief From Stay

(rev. 10/16/19)

Page 1 of 2

A review of the record indicates that:

[ ]   The appeal was filed after the time specified in Bankruptcy Rule 8002. [See also Local Rule 8002-1(A).]

[✓]   Appellant failed to timely file the designation of the items for the record or its statement of the issues as required by Bankruptcy Rule 8009. [See also Local Rule 8009-1(A).]

[ ]   A "Notice of Deficiency Related to Filing an Appeal" was provided by the Clerk to the appellant indicating that the filing fee required by Bankruptcy Rule 8003(a)(3)(c) has not been remitted and the appellant has not timely remedied this deficiency. [See also Local Rule 8003-1.]

Accordingly, it is

**ORDERED** that this appeal is DISMISSED as authorized and directed by Local Rule 87.4(c) of the U.S. District Court.

**###**

**The Clerk shall provide a copy of this order to:**
All parties to the appeal
Office of the U.S. Trustee
U.S. District Court – Southern District of Florida

(rev. 10/16/19)