UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - FORT LAUDERDALE DIVISION

IN RE:

RALPH LEVI SANDERS, JR.,            CASE NO.: 22-14766-SMG
                                                CHAPTER 13
                                                JUDGE SCOTT M GROSSMAN

        Debtor(s).

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
*Subject Property:561 SW 60 AVE, HIALEAH GARDENS, FL 33018*

**PLEASE TAKE NOTICE** that the undersigned counsel is appearing on behalf of The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2 in the above-captioned case, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Section 1109(b) of the Bankruptcy Code, and the Local Rules of this Bankruptcy Court.

It is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

DIAZ ANSELMO & ASSOCIATES, P.A.
P.O. BOX 19519
FORT LAUDERDALE, FL 33318

                                           By: /s/ Ida A. Moghimi-Kian
                                           Ida A. Moghimi-Kian
                                           Florida Bar No. 56395
                                           Diaz Anselmo & Associates, P.A.
                                           **Attorneys for Creditor**
                                           P.O. BOX 19519
                                           Fort Lauderdale, FL 33318
                                           Phone: (954) 564-0071
                                           Fax:  (954) 564-9252
                                           IMoghimi-Kian@dallegal.com

File No. 1497-207055

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, August 8, 2024, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

RALPH LEVI SANDERS, JR.
561 SW 60 AVE.
PLANTATION, FL 33317
*Pro Se Debtor(s)*

ROBIN R. WEINER
PO BOX 559007
FT. LAUDERDALE, FL 33355
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

By: /s/ Ida A. Moghimi-Kian
Ida A. Moghimi-Kian
Bar No. 56395
IMoghimi-Kian@dallegal.com